Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell,
d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *a Delaware corporation*; WAL-MART.COM USA, LLC, *a California Limited Liability Corporation*, <br><br> Defendants. | Case No. 2:19-cv-05495-MWF-JC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF LAW PROFESSOR MARK MCKENNA** <br><br> Date:        Aug. 24, 2020 <br> Time.:       10:00 am <br> Courtroom: 5A <br> Judge:       Hon. Michael W. Fitzgerald |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 24, 2020, at 10:00 a.m., or as soon thereafter as the Court allows, in Courtroom 5A, located at the First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Ms. Russell" or "Plaintiff") will and hereby does move the Court to exclude the testimony of law professor Mark McKenna.

The Motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Steve Papazian, the accompanying [Proposed] Order, the other materials on file with the Court and of which the Court may take judicial notice, any reply brief and accompanying materials filed therewith, and any argument that may be presented orally.

Plaintiff requested a Local Rule 7-3 meet and confer with Walmart on this motion on July 14, 2020 and July 16, 2020.  The parties held subsequent meet-and-confers on July 22, 2020 and July 23, 2020.

DATED:  July 23, 2020                                       By:         */s/ Steve Papazian*
                                                                                                       Guy Ruttenberg
Steve A. Papazian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
steve@ruttenbergiplaw.com

*Attorneys for Plaintiff*