Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell,
d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *a Delaware corporation*; WAL-MART.COM USA, LLC, *a California Limited Liability Corporation*,<br><br>Defendants. | Case No. 2:19-cv-05495-MWF-JC<br><br>**DECLARATION OF STEVE PAPAZIAN IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF LAW PROFESSOR MARK MCKENNA**<br><br>Date:         Aug. 24, 2020<br>Time.:       10:00 am<br>Courtroom: 5A<br>Judge:       Hon. Michael W. Fitzgerald |

I, Steve Papazian, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am Counsel at the law firm of Ruttenberg IP Law, A Professional Corporation, attorneys for Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff"). If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Ruttenberg IP Law, A Professional Corporation, in the regular course of its representation of Plaintiff. I submit this declaration in support of Plaintiff's Motion to Exclude the Testimony of Law Professor Mark McKenna.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Mark P. McKenna served in the above-captioned action on July 21, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of Walmart's Federal Rule of Civil Procedure 26(A)(1) Supplemental Initial Disclosures served in the above-captioned action via email on 5:05 PM on July 10, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email chain between myself and Jeremy Elman (counsel for Walmart) from July 10, 2020 to July 14, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, July 23, 2020, in Los Angeles, California.

By:  */s/ Steve Papazian*
         Steve Papazian