# Exhibit A

**United States District Court**
**For the Central District of California**
**Western Division**

| | | |
|---|---|---|
| ROXANA TOWRY RUSSELL, | ) | Case No. 2:19-cv-05495-MWF-JC |
| d/b/a ROXY RUSSELL DESIGN | ) | |
| | **)** | |
| v. | ) | |
| | ) | |
| WALMART INC. | ) | |
| | ) | |
| | ) | |

**Expert Report of Mark P. McKenna**

I, Mark P. McKenna, hereby declare as follows:

**Background and Qualifications**

1. I am the John P. Murphy Foundation Professor of Law at the University of Notre Dame Law School, where I have been a member of the faculty since 2008. I am also the Director of the Notre Dame Technology Ethics Center. Before coming to Notre Dame, I was a member of the faculty at Saint Louis University School of Law.

2. From 2000-2003, before I entered academia, I practiced with the law firm of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, an intellectual property firm in Chicago.

3. I am a member of the American Law Institute, and I am the past Chair of the American Association of Law Schools Section on Intellectual Property.

4. My primary teaching and research interests are in the field of intellectual property, with particular emphasis on copyright, trademark, design patent, and the right of publicity. I have given hundreds of presentations about intellectual property law, many focused in whole or in part on copyright law, I have taught at least a dozen courses focused in whole or in part on copyright law.

5. I have published more than 15 scholarly articles that focus specifically on copyright law, in addition to a number of articles that focus on other intellectual property issues. Several of my scholarly articles focus specifically on the scope of intellectual property rights. *See, e.g.*,

Exhibit A
Page 1

Jeanne C. Fromer & Mark P. McKenna, *Claiming Design*, 167 UNIVERSITY OF PENNSYLVANIA LAW REVIEW 123 (2018); Mark P. McKenna, *Remarks on the Problem of Scope in IP*, 14 WASHINGTON JOURNAL OF LAW, TECHNOLOGY & ARTS 1 (2018); Mark A. Lemley & Mark P. McKenna, *Scope*, 57 WILLIAM & MARY LAW REVIEW 2197 (2016). I am also the co-author of two casebooks: THE LAW OF INTELLECTUAL PROPERTY and THE LAW OF DESIGN: DESIGN PATENT, TRADEMARK, AND COPYRIGHT.

6.   I have served as an expert in several cases, including *Luxottica Group v. Liquidity Services, Inc.*, (C.D. Cal. 2019) (for Liquidity Services); *Pearson's, Inc. v. Ackerman* (N.D. Tex. 2019) (for Ackerman); *United States of America v. 324 Automotive Grilles* (S.D. Ga. 2018) (for the defendants); *Belmora, LLC v. Bayer Consumer Care AG* (E.D. Va. 2017) (for Belmora, LLC); *GOT I, LLC v. XRT, Inc.* (N.D. Ga. 2016) (for GOT I, LLC); *Karen Denise Millen v. Karen Millen Fashions Ltd.* (High Court of Justice 2016) (for Karen Denise Millen); *Gucci America, Inc. v. Guess, Inc.* (S.D.N.Y. 2012) (for Guess?); and *U.S. v. Lam* (E.D. Va. 2010) (for the defendants). I have also consulted on numerous other cases.

7.   I received a J.D. from the University of Virginia School of Law and a B.A. in Economics from the University of Notre Dame. A copy of my CV is attached to this report as Exhibit A.

8.   I have been retained by counsel for Walmart Inc. and Wal-Mart USA, LLC (collectively, "Walmart") to offer my opinion regarding the unprotectable features of Plaintiff's Medusa lamp and the scope of any copyright in that lamp.

## Compensation

9.   I am being compensated at a rate of $800 per hour for my work on this matter. I will also be reimbursed for reasonable expenses incurred in connection with the matter. The opinions expressed in this report are mine alone, and my compensation is not dependent in any way on the substance of those opinions.

## Materials Reviewed

10.   My opinions are based on my review of the following materials, made available to me by counsel for Walmart:

a.   Complaint For Injunctive Relief and Damages, with accompanying Exhibits (June

Exhibit A
Page 2

24, 2019);

b.  Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories; Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories; Plaintiff's Supplemental Responses and Objections to Defendants' Second Set of Interrogatories;

c.  Images of the Accused Lamp (RUSSELL_0001320-0001322);

d.  Various documents produced by Plaintiff ((RUSSELL_0000002; 0000171-173; 0000175-179; 0000180-183; 0000221; 0000235; 0000257; 0001003; 0001060-1061);

e.  Various images of jellyfish lamps and reviews of jellyfish lamps produced by Defendants (WMT_RUSSELL_002276-2543);

f.  Various articles about Plaintiff's jellyfish lamps (WMT_RUSSELL_001950-60, 002023-28; 002035-73, 002080-002161);

g.  Printouts of a number of Plaintiff's Facebook posts (WMT_RUSSELL_002172-002204; 002452-002456);

h.  Deposition Testimony of Roxana Towry Russell, dated July 16, 2020;

i.  *Satava v. Lowry*, 323 F.3d 805 (9th Cir. 2003);

j.  http://blog.lightopiaonline.com/lighting-products/the-jellyfish-chandelier-phenomenon/;

k.  https://www.britannica.com/science/medusa-invertebrate-body-type; and

l.  Roxy Russell Design Facebook Post, April 26, 2012

**<u>Introduction</u>**

11.  Plaintiff is the designer of a series of jellyfish lamps, which she sells separately under the names Medusa, Polyp, Ophelia, and Hydra. I am particularly focused on the Medusa lamp, which is depicted below:

Exhibit A
Page 3



12.   For the reasons stated below, in my opinion many features of the Medusa lamp are unprotectable, and as a result, copyright protection for the lamp is thin. Further, in my opinion, the accused lamp is clearly not "virtually identical" to the Medusa lamp.

**Constraints on Jellyfish Lamps**

13.   Jellyfish lamps, and particularly hanging jellyfish lamps, are a trend. One 2012 online publication described a "Jellyfish Chandelier Phenomenon," giving a number of examples of lamps from a variety of designers in a variety of settings (including Plaintiff's lamps).[1] *See also* WMT_RUSSELL_002452-56 (20 Things You Can Do to Reduce Stress in 2020 ("Get a Jellyfish or Lava Lamp")); WMT_RUSSELL_002080-002091 (Hanging Lamps that Look Like Jellyfish).

14.   The view that jellyfish lamps are a "phenomenon" is confirmed by simple Google searching—where "jellyfish lamps" returns many pages of images, and even the narrower

---

[1] WMT_RUSSELL_002191 (Facebook posted dated May 3, 2012, linking to *The Jellyfish Chandelier Phenomenon*, http://blog.lightopiaonline.com/lighting-products/the-jellyfish-chandelier-phenomenon/).

**Exhibit A
Page 4**

"hanging jellyfish lamps" returns thousands of lamp images. Clearly no single designer owns the idea of a hanging jellyfish lamp.

15. The thousands of hanging jellyfish lamps have many features in common. Most obviously, they all have features that are driven by the fact that they are designed to be recognizable as jellyfish lamps. Created in many materials and many colors, all of the lamps share characteristics of one of the many varieties of real jellyfish. In particular, many have features of Medusa jellyfish—they have long tentacles, hanging from a translucent body that is generally bell-shaped. *See* Medusa, Encyclopedia Britannica ("The medusoid body is bell- or umbrella-shaped. Hanging downward from the centre is a stalklike structure, the manubrium, bearing the mouth at its tip. The mouth opens into the main body cavity, or enteron, which connects with radial canals extending to the outer rim of the bell.") (https://www.britannica.com/science/medusa-invertebrate-body-type).



Exhibit A
Page 5



Exhibit A
Page 6



Exhibit A
Page 7



16. These Medusa jellyfish-styled hanging lamps often have tentacles of two different lengths, the tentacles are often textured, and some of the tentacles (usually the longer ones) have circle or spherical designs incorporated into them.

Exhibit A
Page 8





Exhibit A
Page 10



17.   Multi-length textured tentacles of different design are also common features in a variety of
other jellyfish lamp styles, and even in other types of jellyfish art (including the glass in glass
jellyfish sculptures at issue in *Satava v. Lowry*, 323 F.3d 805 (9th Cir. 2003)).





Satava's sculpture                    Defendant's accused sculpture

18.   In this case, Ms. Russell has been clear that her design was inspired by real jellyfish, and that has been a consistent theme of her marketing of the lamps. *See* WMT_RUSSELL_ 002206 (Plaintiff's March 9, 2011 Facebook post, stating that "jellyfish are a natural inspiration for lighting   elements");   RUSSELL_000171-173,   000175;   WMT_RUSSELL_002106-22

(*Freshwater Jellyfish by Roxy Russell*, Artists that Rock, October 12, 2013); WMT_RUSSELL_001950-1960 (quoting Ms. Russell). As Ms. Russell has made clear, her lamps drew inspiration from nature. RUSSELL_000221; Russell Dep. 139:21-140:4, 143:15-146:22, 147:4-6, 165:3-166:1. Rather than "attempting to separate ourselves by attempting to make things better than nature, mankind should instead be inspired by nature, as the artists of a century ago." RUSSELL_000235. *See also* Roxy Russell Facebook Post, April 26, 2012. Indeed, she intended her lamps to need "as little explanation as possible," because her designs were "reconstructing our surroundings." RUSSELL_000257. *See* WMT_RUSSELL_002178.

19. The Medusae lamps in particular were meant to "resemble the ethereal and luminescence quality of jellyfish." Russell Dep. 177:17-178:24. Roxy Russell Design's Facebook feed is filled with postings of real jellyfish. *See, e.g.*, WMT_RUSSELL_002182-83; WMT_RUSSELL_002189-91. Ms. Russell's design notes reflect inspiration from illustrations of jellyfish by Ernst Haekle. RUSSELL_000175-179. Illustrator patterns to lazercut mylar vellum follow immediately from the Haekle forms. RUSSELL_000180-183. Unsurprisingly, her lamps were ideal for inclusion in Adrienne Broome's realistic underwater scenes. RUSSELL_0001060-1061; WMT_RUSSELL_002174-75.

20. Given that inspiration, it's no accident that the names of Ms. Russell's lamps are related to the shapes of jellyfish and related animals, and the names of the Medusa and Polyp lamps correspond to the name of the body shapes of jellyfish. A Medusa jellyfish has a free-floating form with tentacles on the bottom of the body rather than facing up. Notably, the tentacles on Medusa-shaped jellyfish commonly have more than one shape and length. Many of the hanging jellyfish lamps mimic that feature, as well as the different shapes of those tentacles.

21. The lamps' resemblance to jellyfish was not only a matter of Ms. Russell's inspirations; her lamps were routinely recognized by others as having been designed to look like jellyfish. *See* WMT_RUSSELL_001955 ("California designer Roxy Russell's Medusae Collection of pendant lamps are styled after jellyfish[.]"); WMT_RUSSELL_002023-28 ("Created by California-based Roxy Russell, the Medusae Collection is a series of four pendant lamps designed to look like freshwater jellyfish."); WMT_RUSSELL_002047 ("Roxy Russell . . . dedicated a whole project to create lamps designed to look like jellyfishes."); WMT_RUSSELL_002051 ("The flexible materials of the jellyfish lamp attribute to its

Exhibit A
Page 14

realistic replication of the deep sea creatures . . . ."); WMT_RUSSELL_002080 ("Hanging Lamps That Look Like Jellyfish"); WMT_RUSSELL_002093 ("Roxy Russell imagined four lamps inspired by the shape of jellyfish design."). One notable review described Ms. Russell's lamps as "elegant jellyfish lamps." WMT_RUSSELL_002096-2103.

22.    At the same time, Ms. Russell's lamps are not mere artwork designed to resemble jellyfish— they are useful articles intended to function as lamps. Many features of the lamps, particularly their color and material, are determined at least in part by that functionality. A number of hanging lamps use some type of white translucent material.





Photo: The Jellyfish Pendant by Geraldine Gonzalez

23.   Ms. Russell even gave advice about the right lightbulbs for achieving desired effects with the lamps—advice that was effective because of the construction of her lamps. RUSSELL_001003. That some of Ms. Russell's design choices enhanced the lamps' function is reflected in several reviews of the lamps that remark on their "soft glow." *See* WMT_RUSSELL_002096-2103.

**Scope of Copyright**

24.   The foregoing background makes clear that the design of jellyfish lamps is constrained in a number of important ways. First, it is constrained by the need to make the lamps recognizably part of the jellyfish lamp genre.  Second, it is constrained to the extent the lamps' features are intended to reflect jellyfish physiology. Third, it is constrained by the need to make the

16

lamp function well as a lamp and specifically to provide a particular quality of lighting. Given those constraints, there are many unprotectable features of Ms. Russell's lamps. In my opinion, the generally bell-shaped upper portion of the lamp is an unprotectable part of the idea of a Medusa jellyfish lamp, as are the multi-length textured tentacles. The use of circular design features in the longer tentacles is also unprotectable. The use of white translucent material is unprotectable, as that material contributes to the luminescence of the lamps (which both resembles that of jellyfish and illuminates the room).

25.   Given the number of features that are unprotectable standing alone, the protectable expression in Ms. Russell's lamps is a function of her selection and arrangement of various specific features. In my opinion, the resulting copyright is thin.

## Comparison of Plaintiff's Medusa Lamp and the Accused Lamp

26.   In my opinion, the accused lamp is not remotely "virtually identical" to the Plaintiff's Medusa lamp.

27.   According to the Plaintiff, the accused lamp is similar to her Medusa lamp because "[e]ach aspect of this lamp goes lockstep with each portion of my original Medusae lamp. For example, the top piece is in a circular shape pattern with individual curved sides dividing each part. The bottom was in a scalloped edge. The center part is thicker tendrils but shorter. The bottom two patterns are longer and one of them is a long thin tendril. And the other is a long tendril with intermittent circular patterns. They are both white and they are both pendants and they are both made out of a translucent white material." Russell Dep. 344:1-17.

28.   Many of those similarities relate to unprotectable elements like the shape of the top portion of the lamp, the different tentacle lengths, the use of circular patterns on the tentacles, and the translucent white materials. The scalloping, while present in both, differs in particulars, and the overall shape of the top portion is clearly different. In the accused lamp, the shape is longer and narrower and the form is quite different. Closeups of the tentacles on the accused lamp also reveal a number of specific differences in the designs of the tentacles. Most obviously, there is a significant difference in the relative lengths of the two sets of tentacles (the longer tentacles on the Plaintiff's Medusa lamp being considerably longer than the

shorter tentacles, whereas the difference in lengths on the accused lamp is much smaller),
and the circle shapes on the accused lamp's tentacles are considerably bigger and there are
fewer such shapes.

| Plaintiff's Medusa Lamp | Accused Lamp |
|---|---|



**Exhibit A
Page 18**

| Closeup of Medusa Lamp Tentacles | Closeup of Accused Lamp's Tentacles |
|---|---|



29.   Ms. Russell herself admitted that the accused lamp is "not a replica," which she suggested is
a term used to identify a product that is truer to the original than a "knock-off." Russell Dep.
328:2-25. As she noted, the lamps are made of different material, and the top of the accused
lamp is "not nearly as voluminous," which she assumed was "because it doesn't have the
metal structure to make it more voluminous." Russell Dep. 313:19-314:1. Ms. Russell also
stated that she could tell at first glance that the accused lamp was made of a different
material—a type of plastic that is "a lot thicker than the material [she] use[s]." Russell Dep.
326:24-327:3.

30.   I agree with Ms. Russell that the accused lamp is not a replica. Its similarities primarily relate to unprotectable features, and there are a number of obvious differences in the lamps.


July 21, 2020                                          Mark P. McKenna

# EXHIBIT A

## Mark P. McKenna
Notre Dame Law School
1115 Eck Hall of Law
Notre Dame, IN 46556
(574) 631-9258
markmckenna@nd.edu


## CURRENT APPOINTMENTS

**Notre Dame Law School,** Notre Dame, IN

*John P. Murphy Foundation Professor of Law* (2018-present)
> *Notre Dame Presidential Fellow* (2012–18); *Professor of Law* (2011-18); *Associate Professor* (with tenure) (2008-11); *Visiting Associate Professor* (Spring 2008)

*Director,* Notre Dame Technology Ethics Center (2020-present; *Acting Director* 2019-20)
*Director*, Notre Dame Law School Program on IP and Technology Law (2019-present)
*Fellow,* Center for Network and Data Science, University of Notre Dame (2019-present)
*Fellow,* Notre Dame Research Program on Law and Market Behavior (2012-present)
*Fellow*, John J. Reilly Center for Science, Technology, and Values (2012-present)

**Courses:**  Advanced Topics in Trademark Law (Seminar); Copyright Law; Design Law; Information Privacy Law; Intellectual Property Survey; Patent Law; Torts; Trademarks and Unfair Competition

**Law School Administration and Other Service:**  Director of Program of Study in Intellectual Property and Technology Law (2012-present); Faculty Advisor to the Intellectual Property Law Society (2009-present); Ad Hoc Search Committee for Director of California Innovation Intensive (Chair 2017-18); Associate Dean for Faculty Development (2013-17); Curriculum Committee (2011-12, Chair 2017-18); Promotions and Tenure Committee (2012-13); Appointments Committee (2009-10, 2010-11, 2011-12); Colloquium Speakers Committee (2008-09; 2012-13; Chair 2013-17); Faculty Development Committee (2008-09; Chair 2013-17); Ad Hoc Search Committee for Director of Intellectual Property and Entrepreneurship Clinic (Chair) (2011)

**University Service:** Advisory Board Member, Notre Dame Institute for Advanced Study (2019-present); Faculty Digital Strategy Committee (2013-present); Curriculum Planning Leadership Group and Data Ethics Strategy Group, Master of Science in Data Science Program (2016-present); Provost's Fellow (2016-18); Academic Articles Decennial Review Committee (Vice Chair) (2017-18); University Committee on Women Faculty and Students (2017-18); Strategic Research Committee (2013-17); Faculty Research Support Program Committee (2013-17); Limited Submissions Committee (2013-17); Search Committee for VP and Associate Provost for Innovation (Fall 2016); Catholic Mission Focus Group, Core Curriculum Review Committee (2015); Notre Dame Press Director Search Committee (2014-15); Notre Dame IDEA Center, Governance Working Group (2014-15); University

**Exhibit A
Page 22**

Committee to Review the Physical Education Department (2012); University Intellectual Property Committee (2008-11)

**Chicago-Kent College of Law Center for Design, Law & Technology**, Chicago, IL

*Research Affiliate* (2017-present)

## PREVIOUS APPOINTMENTS AND PRACTICE EXPERIENCE

**Turin University-WIPO Master of Laws in Intellectual Property Program**, Torino, Italy

*Visiting Lecturer*, October 2018 and November 2017
  • Lectures on Trademark and Unfair Competition Protection for Design

**Munich Intellectual Property Law Center,** Max Planck Institut für Immaterial Güter- und Wettbewerbsrecht, Munich, Germany

*Visiting Professor*, George Washington University Law School Summer IP Program (Summer 2013)
  • Course: Trademarks and Geographical Indications

**University of Toronto Faculty of Law,** Toronto, ON (Canada)

*Distinguished Visiting Faculty* (Spring 2012)
  • Short course: Trademark Theory Seminar

**Stanford Law School,** Stanford, CA

*Edwin A. Heafy Jr. Visiting Professor of Law* (Fall 2010)
  • Courses: Advanced Topics in Unfair Competition; IP: Trademarks

**Saint Louis University School of Law**, St. Louis, MO

*Assistant Professor* (2003-2008)

**Pattishall, McAuliffe, Newbury, Hilliard & Geraldson**, Chicago, IL

*Associate in intellectual property practice* (2000-2003)

## OTHER EXPERIENCE AND PROFESSIONAL SERVICE

Seventh Circuit Committee on Pattern Civil Jury Instructions, Reporter (2020-present)

**Exhibit A
Page 23**

American Law Institute, Member (2018-present)

International Trademark Association Academic Committee (2016-18)

Public Record Media, Advisory Board Member (2014-present)

Advisory Board Member, Intellectual Property Center, University of Richmond T.C. Williams School of Law (2005-present)

The IP Law Book Review, Golden Gate University School of Law, Editorial Advisory Board Member (2010-present)

Participant in NDLead, Notre Dame's Leadership Training Program (2015-16)

Advisory Committee Member, Indiana Conference for Legal Education Opportunity (2013-15)

2012 AALS Mid-Year Meeting on Intellectual Property, Planning Committee Member

Intellectual Property Section, Association of American Law Schools, Chair (2011); Chair-Elect (2010)

Obama for America, Intellectual Property Advisory Committee Member (2008)

Kane, McKenna and Associates, Inc., Member of Board of Directors (2002-10)

La Leche League International, Member of Legal Advisory Council (2004-2010)

St. Louis Volunteer Lawyers and Accountants for the Arts, Member of Board of Directors (2005-2008)

Adams Lacrosse, Inc., President and Founding Board Member (2013-15)

MRH Youth Sports, President and Founding Board Member (2007-2008)

## HONORS AND AWARDS

American Law Institute, Member (Elected October 2018)

All-Faculty Team, University of Notre Dame Office of the Provost (2017)

2016 Media Legend, University of Notre Dame Office of Media Relations

**Exhibit A Page 24**

## EDUCATION

**University of Virginia School of Law**, Charlottesville, Virginia
*Juris Doctor*, May 2000

**University of Notre Dame**, Notre Dame, Indiana
*Bachelor of Arts,* Economics, May 1997 (*Magna Cum Laude*)

## PUBLICATIONS

### Books

THE LAW OF DESIGN: DESIGN PATENT, TRADEMARK, & COPYRIGHT (West 2017) (with Edward Lee and David L. Schwartz)

THE LAW OF INTELLECTUAL PROPERTY (Aspen Law & Business, Fifth Edition 2017) (with Craig Nard & Michael Madison)

THE LAW OF INTELLECTUAL PROPERTY (Aspen Law & Business, Fourth Edition 2013) (with Craig Nard & Michael Madison)

THE LAW OF INTELLECTUAL PROPERTY (Aspen Law & Business, Third Edition 2011) (with Craig Nard, Michael Madison, and David Barnes)

### Law Review Articles

*Unfair Disruption*, 100 BOSTON UNIVERSITY LAW REVIEW 71 (2020) (with Mark A. Lemley)
  - Discussed on the Computer & Communications Industry Association's Disruptive Competition Blog (April 30, 2019)

*Claiming Design*, 167 UNIVERSITY OF PENNSYLVANIA LAW REVIEW 123 (2018) (with Jeanne C. Fromer)
  - Selected by the INTELLECTUAL PROPERTY LAW REVIEW as one of the best law review articles on intellectual property law published in 2018

*What's In, and What's Out: How IP's Boundary Rules Shape Innovation*, 30 HARVARD JOURNAL OF LAW & TECHNOLOGY 491 (2017) (with Christopher Jon Sprigman)

*Scope*, 57 WILLIAM & MARY LAW REVIEW 2197 (2016) (with Mark A. Lemley)

*Confusion Isn't Everything*, 89 NOTRE DAME LAW REVIEW 253 (2013) (with William McGeveran)
  - Selected as one of the best law review articles on intellectual property law published in 2013; republished in the INTELLECTUAL PROPERTY LAW REVIEW (West 2014)

4

*Is Pepsi Really a Substitute for Coke? Market Definition in Antitrust and IP*, 100 GEORGETOWN LAW JOURNAL 2055 (2012) (with Mark A. Lemley) (100th Anniversary Volume)
- Reviewed on Jotwell

*A Consumer Decision-Making Theory of Trademark Law,* 98 VIRGINIA LAW REVIEW 67 (2012)

*Owning Mark(et)s*, 109 MICHIGAN LAW REVIEW 137 (2010) (with Mark A. Lemley)
- Reviewed on Jotwell

*Irrelevant Confusion*, 62 STANFORD LAW REVIEW 413 (2010) (with Mark A. Lemley)

*Testing Modern Trademark Law's Theory of Harm,* 95 IOWA LAW REVIEW 63 (2009)
- Selected as one of the best law review articles on intellectual property law published in 2009 and republished in the INTELLECTUAL PROPERTY LAW REVIEW (West 2010)

*Trademark Use and the Problem of Source*, 2009 UNIVERSITY OF ILLINOIS LAW REVIEW 773 (2009)
- Reviewed on Jotwell

*The Normative Foundations of Trademark Law*, 82 NOTRE DAME LAW REVIEW 1839 (2007)
- Reprinted at 97 TRADEMARK REPORTER 1126 (2007)
- Winner of 2007 Ladas Memorial Award for writing excellence on the subject of trademarks and related matters (International Trademark Association)

*The Right of Publicity and Autonomous Self-Definition*, 67 UNIVERSITY OF PITTSBURGH LAW REVIEW 225 (2005)

## Book Chapters, Symposium Contributions, and Responses

*Externalizing Trademark's Limits,* in CHARTING LIMITATIONS ON TRADEMARK RIGHTS, Barton Beebe and Haochen Sun, eds. (Oxford University Press, forthcoming 2020)

*Separability as Channeling: A Cautionary Tale*, in Transition and Coherence in Intellectual Property Law: Essays in Honour of Annette Kur, Niklas Bruun, Graeme B. Dinwoodie, Marianne Levin, and Ansgar Ohly, eds. (forthcoming 2020)

*The Case Against Product Configuration Trade Dress*, in TRADEMARK LAW AND THEORY: REFORM OF TRADEMARK LAW, Graeme Dinwoodie & Mark Janis, eds. (Edward Elgar, forthcoming 2020) (with Caitlin P. Canahai)

*Trademark Protection for Digital Goods*, in RESEARCH HANDBOOK ON INTELLECTUAL PROPERTY AND DIGITAL TECHNOLOGIES, Tanya Aplin, ed. (Edward Elgar Research Handbook Series 2020) (with Lucas Osborn)

*Property and Equity in Trademark Law*, 23 MARQUETTE INTELLECTUAL PROPERTY LAW REVIEW 117 (2020) (Nies Lecture)

**Exhibit A
Page 26**

*Trademark Use Rides Again*, 104 Iowa Law Review Online 105 (2020) (response to Alexandra J. Roberts, *Trademark Failure to Function*, 104 Iowa Law Review 1977 (2019)

*Comparative Analysis of Failures and Institutions in Context*, 57 Houston Law Review 313 (2019) (with Brett Frischmann) (invited contribution to University of Houston Santa Fe Conference on Intellectual Property)
- Reviewed on Written Description Blog, *Challenging what we think we know about "market failures" and "innovation"*

*Remarks on the Right of Publicity: Theory and Scope*, 42 Columbia Journal of Law & Arts 337 (2019)

*Remarks on the Problem of Scope in IP*, 14 Washington Journal of Law, Technology & Arts 1 (2018) (keynote talk, The Art & Science of the IP Deal, University of Washington School of Law)

*Criminal Trademark Law and the Problem of Inevitable Creep*, 51 Akron Law Review 989 (2018) (Oldham Lecture)

*Knowing Separability When We See It*, 166 University of Pennsylvania Law Review Online 127 (2017) (invited contribution to symposium on *Star Athletica v. Varsity Brands*)

*Trademarks and Digital Goods*, 92 Notre Dame Law Review 1425 (2017) (with Lucas Osborn) (contribution to symposium on Negotiating IP's Boundaries in an Evolving World)
- Selected as one of the best law review articles on intellectual property law published in 2017 and republished in the Intellectual Property Law Review (West, forthcoming 2018)

2016 Trademark Year in Review, 92 Notre Dame Law Review Online (2017) (with Shelby Niemann)

*Is Pepsi Really a Substitute for Coke? Market Definition in Antitrust and IP*, in The Cambridge Handbook of Antitrust, Intellectual Property, and High Tech, Roger D. Blair and D. Daniel Sokol, eds. (Cambridge University Press 2017) (invited contribution)

*What's Wrong with Copying? Nothing. Review of Abraham Drassinower, What's Wrong with Copying*, 29.1 Intellectual Property Journal 27 (2016)

*Systems of Human and Intellectual Capital*, 93 Texas Law Review See Also 231 (2015) (with Brett M. Frischmann) (Response to Orly Lobel, *The New Cognitive Property: Human Capital Law and the Reach of Intellectual Property*, 93 Tex. L. Rev. 789 (2015))

*Progress and Competition in Design*, 17 Stanford Technology Law Review 1 (2014) (with Katherine J. Strandburg) (invited contribution to Stanford Law School symposium on Design Patents in the Modern World)

**Exhibit A
Page 27**

- Cited in *Star Athletica, L.L.C. v. Varsity Brands, Inc.*, 137 S.Ct. 1002, 1034 (2017) (Breyer, J. dissenting)

*Fixing Copyright in Three Impossible Steps: Review of WILLIAM PATRY, HOW TO FIX COPYRIGHT*, 39 JOURNAL OF COLLEGE & UNIVERSITY LAW 715 (2013)

*Trademark Law's Faux Federalism*, in INTELLECTUAL PROPERTY AND THE COMMON LAW, Shyamkrishna Balganesh, ed. (Cambridge University Press 2013) (invited contribution to University of Pennsylvania Law School symposium on *Intellectual Property and the Common Law)*

*Dastar's Next Stand*, 19 JOURNAL OF INTELLECTUAL PROPERTY LAW 357 (2012) (invited contribution to *The Future of Intellectual Property Law* symposium)

*(Dys)functionality,* 48 HOUSTON LAW REVIEW 823 (2012) (invited contribution to University of Houston Law Center Institute for Intellectual Property & Information Law Annual Conference, *Trademark: Today and Tomorrow*)Did y

*Introduction: Creativity and the Law*, 86 NOTRE DAME LAW REVIEW 1819 (2011) (introduction for symposium on Creativity and the Law)

*Probabilistic Knowledge of Third-Party Trademark Infringement,* 2011 STANFORD TECHNOLOGY LAW REVIEW 10 (invited contribution to symposium on Secondary and Intermediary Liability on the Internet)

*Intergenerational Progress*, 2011 WISCONSIN LAW REVIEW 123 (with Brett Frischmann) (invited contribution to Wisconsin Law Review symposium on Intergenerational Equity and Intellectual Property)

*Back to the Future:  Rediscovering Equitable Discretion in Trademark Cases*, 14 LEWIS & CLARK LAW REVIEW 537 (2010) (invited contribution to Business Law Forum on Intellection Property Remedies)

*An Alternate Approach to Channeling?,* 51 WILLIAM & MARY LAW REVIEW 873 (2009) (invited contribution to conference on The Boundaries of Intellectual Property)

*Teaching Trademark Theory Through the Lens of Distinctiveness*, 52 ST. LOUIS UNIVERSITY LAW JOURNAL 843 (2008) (invited contribution to annual teaching volume)

*What's the Frequency Kenneth?  Channeling Doctrines in Trademark Law*, in INTELLECTUAL PROPERTY AND INFORMATION WEALTH (Peter Yu, ed., Praeger Press 2007)

*Intellectual Property, Privatization and Democracy:  A Response to Professor Rose*, 50 ST. LOUIS UNIVERSITY LAW JOURNAL 829 (2006) (invited contribution to annual Childress Lecture program)

**Exhibit A
Page 28**

*The Rehnquist Court and the Groundwork for Greater First Amendment Scrutiny of Intellectual Property*, 21 WASHINGTON UNIVERSITY JOURNAL OF LAW & POLICY 11 (2006) (invited contribution to conference on The Rehnquist Court and the First Amendment)

## Works-in-Progress

*Dilution and Free Speech in the U.S., Reprise*

*Invention and Discovery in Patent Law* (with Michael J. Burstein)

*Investigating Design* (with Jessica Silbey)

*Mapping Confusion* (with Rebecca Tushnet)

*Trademark Step Zero* (with Mark A. Lemley)

## Amicus Briefs

BRIEF OF AMICI CURIAE TRADEMARK LAW PROFESSORS IN SUPPORT OF DEFENDANT-APPELLEE, *LTTB LLC v. Redbubble, Inc.* (9th Cir. 2020) (with Rebecca Tushnet)

BRIEF OF AMICI CURIAE TRADEMARK LAW PROFESSORS IN OPPOSITION TO MOTION FOR REHEARING EN BANC, *VIP Products LLC v. Jack Daniel's Properties, Inc.* (9th Cir. 2020) (with Mark A. Lemley and Rebecca Tushnet)

BRIEF OF TRADEMARK SCHOLARS AS AMICI CURIAE IN SUPPORT OF NEITHER PARTY, *United States Patent and Trademark Office v. Booking.com* (Supreme Court of the United States 2020) (with Rebecca Tushnet)

Lead Author, BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT OF DEFENDANTS-APPELLEES, *Dr. Seuss Enterprises, L.P. v. ComicMix LLC* (9th Cir. 2019)

BRIEF AMICI CURIAE OF 32 INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT OF APPELLEES' PETITION FOR PANEL REHEARING AND REHEARING EN BANC, *Gordon v. Drape Creative, Inc.* (9th Cir. 2018) (with Mark A. Lemley and Rebecca Tushnet)

BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW LAW PROFESSORS, *Daniels v. FanDuel, Inc.* (Indiana Supreme Court 2018) (with Rebecca Tushnet)

BRIEF OF AMICI CURIAE ON BEHALF OF INTELLECTUAL PROPERTY PROFESSORS IN SUPPORT OF APPELLANT AND IN SUPPORT OF REVERSAL, American Society for Testing and Materials v. Public.Resource.Org, Inc. (D.C. Cir. 2017) (with Rebecca Tushnet)

BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN FAVOR OF JUDGMENT AS A MATTER OF LAW, *ZeniMax Media Inc. v. Oculus VR, LLC* (Northern District of Texas 2017) (with Rebecca Tushnet)

**Exhibit A
Page 29**

BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS, *Star Athletica L.L.C. v.
Varsity Brands, Inc.* (Supreme Court of the United States 2016) (with Mark A. Lemley,
Christopher Jon Sprigman, and Rebecca Tushnet)
- Cited at 137 S.Ct. 1002, 1032 (2017) (Breyer, J. dissenting)

BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS, *Tobinick v. Novella* (11th
Cir. 2016) (Rebecca Tushnet, Lead Author)

BRIEF AMICI CURIAE OF 37 INTELLECTUAL PROPERTY PROFESSORS IN SUPPORT OF PETITION FOR
CERTIORARI, *Samsung Electronics Co., Ltd. v. Apple Inc.* (Supreme Court of the United States
2016) (with Mark A. Lemley)

Lead Author, BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT
OF APPELLEES, *Phoenix Entertainment Partners v. Dannette Rumsey and Basket Case Pub* (7th
Cir. 2015)

BRIEF OF AMICI CURIAE LAW PROFESSORS IN SUPPORT OF DEFENDANT-APPELLEE NATIONAL
FOOTBALL LEAGUE, *Dryer v. National Football League* (8th Cir. 2015) (with Rebecca Tushnet)

Lead Author, BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT
OF APPELLEES CANTON PHOENIX, INC. AND BING PAN ZHU, *Slep-Tone Entertainment Corp. v.
Canton Phoenix Inc.* (9th Cir. 2015)

Lead Author, BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT
OF APPELLANT LUBECORE INTERNATIONAL, INC. AND REVERSAL, *Groeneveld Transport
Efficiency, Inc. v. Lubecore International, Inc.* (6th Cir. 2012)

Lead Author, BRIEF OF AMICI CURIAE INTELLECTUAL PROPERTY LAW PROFESSORS IN SUPPORT
OF APPELLANT, *Board of Trustees of the University of Alabama v. New Life Art, et al.* (11th Cir.
2010)

## Other Professional Writing

Erie *and Unfair Competition's Long and Winding Road*, JOTWELL (October 14, 2019)
(reviewing Sharon K. Sandeen, *The Erie/Sears/Compco Squeeze: Erie's Effects on Unfair
Competition and Trade Secret Law*, 52 AKRON LAW REVIEW 423 (2019))

*Designing Design Patent Subject Matter*, JOTWELL (March 22, 2018) (reviewing Sarah
Burstein, *The Article of Manufacture in 1877*, 32 BERKELEY TECHNOLOGY LAW REVIEW 1
(2017))

*Registration and its Discontents*, JOTWELL (November 16, 2016) (reviewing Rebecca Tushnet,
*Registering Disagreement: Registration in Modern American Trademark Law,* 130 HARVARD
LAW REVIEW 867 (2017))

*Trademark Year in Review* (2015)

*Designing Architectural Copyright,* JOTWELL (November 4, 2015) (reviewing Kevin E. Collins, *Economically Defeasible Rights to Facilitate Information Disclosure: The Hidden Wisdom of Pre-AWCPA Copyright*)

*Measuring Serendipity*, JOTWELL (January 20, 2015) (reviewing Bhaven N. Sampat, *Serendipity*)

*The Limits of the Supreme Court's Technological Analogies*, Slate (June 26, 2014)

*The Implications of Blackhorse v. Pro-Football, Inc.*, Guest Post on PatentlyO Blog (June 19, 2014)

*Super-Sizing IP Values*, Reviewing MADHAVI SUNDER, FROM GOODS TO A GOOD LIFE, Concurring Opinions blog (September 12, 2012)

*Don't Stop at SOPA. SOPA and PIPA are (almost) dead. Now can we talk about the law that already exists?* Slate (January 20, 2012)

## EXPERT REPORTS AND TESTIMONY

*Luxottica Group S.p.A v. Liquidity Services, Inc.*, Case No. 2:18-cv-07821-FMO (C.D. Cal.)
- Expert Report for Liquidity Services (June 4, 2019)

*Pearson's Inc. d/b/a Pearson Livestock Equipment Co. v. Ackerman*, Civ. Action. No. 7:18-cv-00013-M (N.D. Tex.)
- Expert Report for Ackerman (February 15, 2019)
- Trial testimony on behalf of Ackerman (May 2, 2019)

*United States of America v. 324 Automotive Grilles*, Civ. Case No. 4:18-CV-00195 (S.D. Ga.)
- Expert Report for LKQ Corporation (October 8, 2018)

*Arbitration V 2017/44 between Carmeda AB and Medtronic*
- Expert Report for Medtronic (May 24, 2018)

*Belmora, LLC v. Bayer Consumer Care AG*, Case No. 1:14-CV-00847-GBL-JFA (E.D. Va.)
- Expert Report for Belmora, LLC (September 12, 2017)

*GOT I, LLC v. XRT, Inc.*, Civ. Action No. 1:16-CV-00038-WSD (N.D. Ga.)
- Expert report for GOT I, LLC and KIDS II, LLC (October 13, 2016)

*Karen Denise Millen v. Karen Millen Fashions Ltd.*, HC-2014-000808 (High Court of Justice, Chancery Division)
- Expert report for Karen Denise Millen (May 13, 2016)

*U.S. v. Manzo* (E.D. Wash. 2012)
- Expert declaration filed on behalf of defendant, Reyna Manzo (July 13, 2012)

*Gucci America, Inc. v. Guess, Inc.*, Civ. Action No. 09cv4373 (S.D.N.Y.)
- Expert report for Guess?, Inc. (June 27, 2011)
- Expert witness trial testimony on behalf of Guess?, Inc. (April 2012)

*U.S. v. Lam et al* (E.D. Va. 2010)
- Expert witness trial testimony on behalf of defendants

## CONFERENCES & PROGRAMS ORGANIZED

The Human Side of Data: "Doing Good" vs "Do No Harm" in Future-Focused Organizations, Jump Associates, San Mateo, CA (February 27, 2020)

Roundtable on JULIE COHEN, BETWEEN TRUTH AND POWER: THE LEGAL CONSTRUCTIONS OF INFORMATIONAL CAPITALISM (January 31, 2020)

Design Law Roundtable, Notre Dame Chicago (November 15-16, 2019)

Deep Fakes, Notre Dame Technology Ethics Center Kick-Off Event, National Press Club, Washington, D.C. (October 18, 2019)

Inaugural Haug Family Innovation Lecture (keynote lecture by Melissa Wasserman, with panel discussion) (April 8, 2019)

Roundtable on WOODROW HARTZOG, PRIVACY'S BLUEPRINT, Notre Dame Law School (April 27, 2018)

Tenth Annual Trademark Scholars Roundtable, Notre Dame Chicago (April 13-14, 2018)

Director, Notre Dame Summer IP Intensive Programme, London Global Gateway (Summer 2017)

Roundtable on the Scope of IP Rights, Notre Dame Law School (March 31, 2017)

Notre Dame Conference on Data Security, Notre Dame Law School (February 24, 2017)

*Negotiating Intellectual Property's Boundaries in an Evolving World*, Notre Dame Law Review Symposium (November 2016)

Director, Notre Dame Summer IP Intensive Programme, London Global Gateway (Summer 2016)

**Exhibit A
Page 32**

Deception and the Law, Notre Dame Chicago (May 20, 2016) (co-organized with Woodrow Hartzog)

Patent Litigation 2016: The Courts and the Patent Trial and Appeal Board, Federal Circuit Bar Association Bench & Bar Conference (April 28, 2016) (co-organized with the Federal Circuit Bar Association, DePaul University College of Law, and the John Marshall Law School) Junior Patent Roundtable, Notre Dame Law School (April 1, 2016)

Roundtable on ABRAHAM DRASSINOWER, WHAT'S WRONG WITH COPYING?, Notre Dame Law School (October 2, 2015)

Director, Notre Dame Summer IP Intensive Programme, London Global Gateway (Summer 2015)

Roundtable on JESSICA SILBEY, THE EUREKA MYTH: CREATORS, INNOVATORS, AND EVERYDAY INTELLECTUAL PROPERTY, Notre Dame Law School (November 7, 2014)

Notre Dame and NYU Working Group on the Future of Trademark Law, Notre Dame Chicago (June 27, 2014) (co-organized with Barton Beebe, NYU)

2014 Law & Market Behavior Distinguished Lecture (Lecture by Mark A. Lemley, with panel discussion by Brett Frischmann, Jeanne Fromer, Jonathan Masur, and Christopher Yoo), Notre Dame Law School (April 11, 2014)

Roundtable on NIVA ELKIN-KOREN & ELI SALZBERGER, THE LAW AND ECONOMICS OF INTELLECTUAL PROPERTY IN THE DIGITAL AGE: THE LIMITS OF ANALYSIS, London Global Gateway (December 9, 2013) (co-organized with Avishalom Tor)

Trademark and Marketing Roundtable, Notre Dame Law School (February 22, 2013)

Roundtable on KAL RAUSTIALA & CHRISTOPHER SPRIGMAN, THE KNOCKOFF ECONOMY: HOW IMITATION SPARKS INNOVATION, Notre Dame Law School (January 18, 2013)

When Technology Disrupts Law: How Can Intellectual Property, Internet, and Biolaw Adapt?, 2012 AALS Mid-Year Meeting (June 8-12, 2012) (*Planning Committee Member*)

Roundtable on ROBERT P. MERGES, JUSTIFYING INTELLECTUAL PROPERTY, Notre Dame Law School (April 27, 2012)

*Creativity and the Law*, Notre Dame Law Review Symposium (November 19, 2010)

## SELECTED PRESENTATIONS AND SPEAKING ENGAGEMENTS

### 2019-20

- *The Case Against Product Configuration Trade Dress*, Chicago IP Colloquium (April 7, 2020) (by videoconference)
- Moderator, The Human Side of Data: "Doing Good" vs "Do No Harm" in Future-Focused Organizations, Jump Associates, San Mateo, CA (February 27, 2020)
- Panel Participant, *What is the Function of Functionality in Trade Mark Law?*, University College London Institute of Brand and Innovation Law (February 12, 2020)
- *The Case Against Product Configuration Trade Dress*, Fordham University School of Law Faculty Colloquium (February 6, 2020)
- *Technology and the Limits of Ethical Reasoning*, Humanity and Legal Governance in the Digital Era, Beijing Forum (November 3, 2019)
- Introduction and Panel Moderator, Deep Fakes, Notre Dame Technology Ethics Center Kick-Off Program, National Press Club, Washington, D.C. (October 18, 2019)
- *Unfair Disruption*, Notre Dame Law School Faculty Colloquium (September 17, 2019)
- *Investigating Design*, Plenary Session, Nineteenth Intellectual Property Scholars Conference, DePaul University College of Law (August 8, 2019)
- *Introduction to Design Rights*, AIPLA Design Rights Boot Camp, Chicago-Kent College of Law (August 5, 2019)

### 2018-19

- Discussant, Proving Markets Panel, Proving IP, New York University School of Law (May 16, 2019)
- *The Case Against Product Configuration Trade Dress*, Boston University School of Law IP Workshop (April 10, 2019)
- *Property and Equity in Trademark Law*, 2019 Nies Lecture, Marquette University Law School (March 28, 2019)
- *Unfair Disruption*, University of Maryland Francis King Carey School of Law Legal Theory Workshop (February 21, 2009)
- *Expressive Uses and the Future of Rogers v. Grimaldi*, McCarthy Institute Symposium, New York University School of Law (February 1, 2019)
- *Unfair Disruption*, NYU Colloquium on Innovation Policy (January 31, 2019)
- *Externalizing Trademark's Limits*, Limitations on Trademark Rights from Comparative and Interdisciplinary Perspectives, University of Hong Kong (January 7, 2019)
- *The Case Against Product Configuration Trade Dress*, Distinguished Lecture in IP Law, Indiana University Robert H. McKinney School of Law (November 27, 2018)
- Panel Participant, Kernochan Center Symposium on the Right of Publicity, Columbia Law School (October 23, 2018)
- *Unfair Disruption*, Eighteenth Intellectual Property Scholars Conference (University of California Berkeley (August 10, 2018)

**Exhibit A Page 34**

- Panel Participant, *New Horizons: The Future of Trademark Disputes Before the TTAB and the Federal Courts*, American Bar Association Intellectual Property Section Annual Meeting, Chicago, IL (August 2, 2018)

2017-18

- Table Topic Moderator, Trademark Claiming, International Trademark Assocation Annual Meeting, Seattle, Washington (May 21, 2018)
- Panel Participant, *Current State of Dilution Doctrine – Tam Impact*, American Bar Association Section of Intellectual Property Law Intellectual Property Law Conference, Arlington, Virginia (April 20, 2018)
- *Claiming Design*, Villanova University Charles Widger School of Law faculty workshop (March 28, 2018)
- *Claiming Design*, University of Toronto Centre for Innovation Law & Policy Workshop (February 28, 2018)
- *Claiming Design*, UCLA faculty workshop (February 9, 2018)
- Data Security Panel Participant, ND Data Science January Immersion, Palo Alto, California (January 19, 2018)
- Panel Participant, *Running on Empty?: The Risk of Trademark Depletion and Possible Solutions*, University of Pennsylvania Law School (January 9, 2018)
- Panel Participant, *Interpreting and Applying The Court's Copyright Jurisprudence After* Star Athletica, University of Pennsylvania Law Review Symposium (December 7, 2017)
- *Criminal Trademark Law and the Problem of Inevitable Creep*, Oldham Lecture Series featured speaker, University of Akron School of Law (October 19, 2017)
- *Claiming Design*, Boston University School of Law (October 13, 2017)
- *Mapping Confusion*, Seventeenth Annual Intellectual Property Scholars Conference, Cardozo Law School (August 10, 2017) (with Rebecca Tushnet)

2016-17

- Panel Participant, *The Problem of Remedies in Design Protection Law*, 2017 Patent and Intellectual Property Summer Institute, University of Washington School of Law (July 11, 2017)
- *Trademark Protection for Design*, 2017 Patent and Intellectual Property Summer Institute, University of Washington School of Law (July 11, 2017)
- *The U.S. Approach to Comparative Advertising*, 5th Unfair Commercial Practices Conference, Pázmány Péter Catholic University, Budapest, Hungary (June 21, 2017) (keynote talk)
- *The U.S. Approach to Functionality*, Exploring the Boundaries of Functionality: Aesthetic and Acquired Functionality in the United States and Europe Panel, International Trademark Association Annual Meeting, Barcelona, Spain (May 22, 2017)
- *Qualitative Investigations of Design*, ETH/NYU Design2 Conference Paper Slam, NYU School of Law (May 11, 2017) (with Jessica Silbey)
- *Claiming Design*, ETH/NYU Design2 Conference, NYU School of Law (May 11, 2017) (with Jeanne Fromer)

14

- *The Problem of Scope in IP*, The Art & Science of the IP Deal, University of Washington School of Law (April 7, 2017) (keynote talk)
- *Claiming Design*, Notre Dame Roundtable on Scope in IP (March 31, 2017) (with Jeanne Fromer)
- *Investigating Design*, Works-in-Progress Intellectual Property Law Colloquium, Boston University School of Law, February 11, 2017) (with Jessica Silbey)
- *Trademarks and Digital Goods*, Boston College Law School (January 20, 2017)
- *Trademarks and Digital Goods*, 2016 Notre Dame Law Review Symposium, Negotiating IP's Boundaries in an Evolving World (November 12, 2016) (with Lucas Osborn)
- 2016 Trademark Year in Review, Houston Institute on Intellectual Property Law (October 8, 2016)
- *Claiming Design*, Sixteenth Annual Intellectual Property Scholars Conference, Stanford Law School (August 12, 2016) (with Jeanne Fromer)
- *What's In, and What's Out: How IP's Boundary Rules Shape Innovation*, Plenary Session, Sixteenth Annual Intellectual Property Scholars Conference, Stanford Law School (August 11, 2016) (with Christopher Jon Sprigman)

2015-16

- *What's In, and What's Out: How IP's Boundary Rules Shape Innovation*, University of Pennsylvania Law School Center for Technology, Innovation and Competition Workshop (April 22, 2016)
- *Trademarks and Digital Goods*, Intellectual Property in All the New Places, Texas A&M University School of Law (April 15, 2016)
- *Claiming in Litigation*, Works-in-Progress Intellectual Property Law Colloquium 2016, University of Washington School of Law (February 19-20, 2016) (with Jeanne Fromer)
- *What's In vs. What's Out: How IP's Boundary Rules Shape Innovation*, Competition Policy, Innovation, and Procurement, The Institute for Advanced Study in Toulouse, Toulouse, France (December 16, 2015) (with Christoper Jon Sprigman)
- Conversation on the Purposes of Trademark Law (a discussion of the historical work of Mark McKenna and Robert Bone), Boston University School of Law (November 20, 2015)
- *What's In vs. What's Out: How IP's Boundary Rules Shape Innovation*, DePaul College of Law Faculty Workshop (November 12, 2015)
- *What's In vs. What's Out: How IP's Boundary Rules Shape Innovation*, University of Toronto Centre for Innovation Law and Policy Workshop (October 22, 2015)

2014-15

- Panel on Design Protections as "Substitute or Complement?", ETH/NYU Conference on Transatlantic Innovation Scholarship, "Design Protection → Design Innovation?", Zurich, Switzerland (June 11, 2015)
- *Campbell's Unfortunate Legacy for the Right of Publicity*, Fair Use in the Digital Age: Understanding the Impact of Campbell v. Acuff-Rose's Transformative Use Test, University of Washington School of Law (April 17, 2015)
- Commentator, Creative Production Without IP, Innovation Law Beyond IP 2, Yale Law School (March 28, 2015)

**Exhibit A
Page 36**

- *Scope*, NYU School of Law Innovation Policy Colloquium (March 26, 2015)
- *Scope*, University of Illinois College of Law IP Colloquium (February 16, 2015)
- *Scope*, St. Louis University School of Law Faculty Workshop (February 12, 2015)
- *Trademark Year in Review*, Notre Dame Law School Chicago (February 6, 2015)
- *Scope*, Florida State University College of Law Faculty Workshop (January 29, 2015)
- *Qualitative Studies of Consumers Becoming Confused During Shopping*, NYU Empirical IP
  Research Conference (October 24, 2014)
- *The Future of Legal Education*, University of Georgia School of Law (October 22, 2014)
- *Trademark Year in Review*, Houston Institute on Intellectual Property Law (October 10,
  2014)
- *Criminal Trademark Law and the Problem of Inevitable Creep*, Fourteenth Annual
  Intellectual Property Scholars Conference, UC Berkeley School of Law (August 8, 2014)

2013-14

- Commentator, Vanderbilt Junior Scholars Roundtable (April 25, 2014)
- *Comparative Analysis of (Innovation) Failures and Institutions in Context,* Innovation Law
  Beyond IP, Yale Law School Information Society Project Conference (March 30, 2014)
  (with Brett Frischmann)
- *Convergence and Divergence in the Concept of Functionality in Trademark Law*, University
  of Toronto Distinguished Visiting Faculty Lecture (March 13, 2014)
- Trademark Scholars Roundtable, University of Texas School of Law (February 28 – March
  1, 2014)
- *An Empirical Study of False Advertising Claims Under the Lanham Act*, 2014 Works-In-
  Progress Intellectual Property Law Conference, Santa Clara Law School (February 7-8,
  2014)
- *An Empirical Study of False Advertising Claims Under the Lanham Act*, University of North
  Carolina School of Law Faculty Workshop (January 30, 2014)
- *Progress and Competition in Design*, Inaugural Dean's Colloquium Speaker, Indiana Tech
  Law School (November 20, 2013)
- Commentator, Michigan State College of Law Junior Scholars in IP Workshop (October 4-5,
  2013)
- Panel on Historical Perspectives, Workshop on The Consumer in Trade Mark Law,
  University of Sydney, Sydney, Australia (August 19, 2013)
- *Progress and Competition in Design*, Thirteenth Annual Intellectual Property Law Scholars
  Conference, Cardozo Law School, New York, NY (August 8, 2013)
- *Progress and Competition in Design*, VU Centre for Law and Governance Intellectual
  Property Law – International Lecture Series, VU University, Amsterdam (August 1, 2013)

2012-13

- Panel Participant, Trademark Boundaries: Conflict and Cooperation in Legal Doctrine,
  International Trademark Association Annual Meeting, Academic Day (May 6, 2013)
- Moderator, Google Search: Antitrust and IP Perspectives, Notre Dame Law School Research
  Program on Law and Market Behavior (April 15, 2013)

16

- Trademark Scholars Roundtable, Indiana University Bloomington Maurer School of Law (April 12-13, 2013)
- *Progress and Competition in Design*, Stanford Law School Design Patents in the Modern World symposium (April 6, 2013)
- Stanford Law School Design Patents in the Modern World Symposium, Overlaps with Copyright and Trademark panel (April 5, 2013)
- *Criminal Trademark Law and the Problem of Inevitable Creep*, NYU Colloquium on Innovation Policy (April 4, 2013)
- *An Empirical Study of False Advertising Claims Under the Lanham Act*, Loyola Law School (LA) IP Theory Colloquium (March 25, 2013)
- *A Consumer Decision-Making Theory of Trademark Law,* Mendoza College of Business, Marketing Department faculty workshop (March 22, 2013)
- *A Consumer Decision-Making Theory of Trademark Law*, IPR University Center, Helsinki, Finland (March 14, 2013)
- Trademarks and Competition, Abo Akademi University, Turku, Finland (March 11, 2013)
- *An Empirical Study of False Advertising Claims Under the Lanham Act*, Cardozo IP and Information Law Colloquium (March 4, 2013)
- *Assessing Confusion in Trade Mark and Passing Off Cases*, Institute of Brand and Innovation Law, University College London (February 27, 2013)
- *Confusion Isn't Everything: Limiting Doctrines in Trademark Law*, Vanderbilt Law School Faculty Workshop (January 24, 2013)
- *An Empirical Study of Trademark Functionality*, Oxford Workshop on Empirical Studies of Trade Mark Data, Oxford University (December 8, 2012)
- *An Empirical Study of False Advertising Claims Under the Lanham Act*, Fordham Law School Center on Law & Information Society Faculty Workshop (November 30, 2012)
- *Confusion Isn't Everything: Limiting Doctrines in Trademark Law,* University of Minnesota Law School Faculty Colloquium (November 27, 2012)
- *Confusion Isn't Everything: Limiting Doctrines in Trademark Law*, UCLA Entertainment, Media & IP Colloquium (November 4, 2012)
- *Brand Mercantilism*, Brands, Competition & the Law, Loyola University College of Law, Chicago, IL (October 19, 2012)
- *The Failure (and Promise) of Limiting Doctrines in Trademark Law*, University of California at Berkeley IP Scholarship Seminar (October 15, 2012)
- *Dastar's Next Stand*, Twelfth Annual Intellectual Property Scholars Conference, Stanford Law School (August 10, 2012)
- *What Marketing Research Can Add to a Trademark Class*, 2012 Annual Conference of the Association for the Advancement of Teaching and Research in Intellectual Property (ATRIP), Chicago, IL (August 1, 2012)

2011-12

- *(Dys)Functionality*, Keynote Address at University of Dayton School of Law Program in Law and Technology 2012 Scholarly Symposia Series (April 4, 2012)
- *Dastar's Next Stand*, University of Georgia Symposium on The Future of IP (March 2, 2012)
- *Is Pepsi Really a Substitute for Coke? Market Definition in Antitrust and IP,* Notre Dame Law School Faculty Workshop (February 28, 2012)

- *Is Pepsi Really a Substitute for Coke? Market Definition in Antitrust and IP,* Cornell Law School (February 17, 2012)
- *Trademark Law's Competition Norms*, Cleveland Intellectual Property Law Association Meeting (February 7, 2012)
- *A Consumer Decision-Making Theory of Trademark Law*, Case Western Reserve Law School (February 7, 2012)
- *Is Pepsi Really a Substitute for Coke? Market Definition in Antitrust and IP*, Georgetown Law Journal Volume 100 Symposium, Georgetown University Law Center (November 17, 2011) (with Mark A. Lemley)
- *(Dys)Functionality*, University of Washington School of Law Intellectual Property Colloquium (November 7, 2011)
- Boston IP Colloquium, Boston College Law School, *A Consumer Decision-Making Theory of Trademark Law* (October 19, 2011)
- University of Indiana, Bloomington Faculty Workshop, *A Consumer Decision-Making Theory of Trademark Law* (September 21, 2011)
- University of California Irvine Faculty Workshop, *A Consumer Decision-Making Theory of Trademark Law* (September 12, 2011)
- *Undefined Markets in IP Cases*, Eleventh Annual Intellectual Property Scholars Conference, DePaul University College of Law, Chicago, IL (August 12, 2011) (with Mark Lemley)
- *Trademark Defenses that Aren't*, Eleventh Annual Intellectual Property Scholars Conference, DePaul University College of Law, Chicago, IL (August 13, 2011) (with Bill McGeveran)

2010-11

- *(Dys)Functionality*, University of Houston Law Center Institute for Intellectual Property & Information Law National Conference in Santa Fe, New Mexico, *Trademark Law:  Today and Tomorrow* (June 3-5, 2011)
- *Intergenerational Progress*, Progressive Property Conference, McGill University (May 16-17, 2011)
- *Trademark Law's Faux Federalism*, University of Pennsylvania Law School, Center for Technology, Innovation, and Competition Symposium, *Intellectual Property and the Common Law* (May 6-7, 2011)
- University of Toronto Faculty of Law, *A Consumer Decision-Making Model of Trademark Law* (March 7, 2011)
- *Probabilistic Knowledge of Third-Party Trademark Infringement*, Stanford Technology Law Review Symposium, *Emerging Issues of Secondary Liability on the Internet* (March 4, 2011)
- University of Virginia School of Law Faculty Workshop, *A Consumer Decision-Making Model of Trademark Law* (February 25, 2011)
- Fordham Law School Intellectual Property Colloquium, *A Consumer Decision-Making Model of Trademark Law* (January 31, 2011)
- Organizer and Introductory Commentator, Notre Dame Law Review Symposium on Creativity and the Law (November 19, 2010)
- Stanford Law School Faculty Workshop, *A Consumer Decision-Making Model of Trademark Law*, (November 17, 2010)
- *Intergenerational Progress* (with Brett Frischmann), Wisconsin Law Review symposium on Intergenerational Equity and Intellectual Property (November 12-13, 2010)

18

- *The Placebo Effect in Intellectual Proper*ty (with Christopher Sprigman), Tenth Annual Intellectual Property Scholars Conference, UC Berkeley School of Law (August 12-13, 2010)

### 2009-10

- Panel Participant, Roundtable: How Brands Help Understand Information, Innovation, and Competition, 2010 Law & Society Annual Meeting (May 30, 2010)
- Primary Discussant, Second Trademark Scholars Roundtable, DePaul University College of Law (April 16, 2010)
- *Owning Mark(et)s*, University of North Carolina School of Law Faculty Workshop (April 8, 2010)
- *Owning Mark(et)s*, Notre Dame Law School Faculty Colloquium (February 2, 2010)
- Moderator, Vanderbilt Journal of Entertainment and Technology Law Symposium, *Drawing Lines in the Digital Age: Copyright, Fair Use, and Derivative Works* (October 23, 2009)
- *Back to the Future:  Rediscovering Equitable Discretion in Trademark Cases*, Lewis & Clark Law School Business Law Forum on Intellectual Property Remedies (October 3, 2009)
- *Owning Markets? Trademark Law and Market Foreclosure* (with Mark A. Lemley), Ninth Annual Intellectual Property Scholars Conference, Cardozo Law School (August 7, 2009)
- Panelist, *Intellectual Property as Social Engineering*, Southeastern Association of Law Schools Annual Meeting, West Palm Beach, FL (August 4, 2009)
- *Irrelevant Confusion*, Workshop on Trademarks and Trademark Data, a European Policy for Intellectual Property conference sponsored by the Organization for Economic Co-operation and Development and INNO-tec, at the Organization for Economic Cooperation and Development, Paris (July 17, 2009)

### 2008-09

- *Testing Modern Trademark Law's Theory of Harm*, University of Toronto Innovation Law & Theory Workshop (March 11, 2009)
- Pedagogy Panel, 2009 Intellectual Property Scholars Roundtable, Drake University Law School (February 27, 2009)
- *An Alternate Approach to Channeling,* The Boundaries of Intellectual Property Law Symposium, William & Mary Law School (February 6-7, 2009)
- *Modern Trademark Law and the Right to Make Derivative Works,* George Mason University School of Law Faculty Workshop (September 16, 2008)
- *Modern Trademark Law and the Right to Make Derivative Works*, at the Eighth Annual Intellectual Property Scholars Conference, Stanford Law School (August 7-8, 2008)

### 2007-08

- *Testing Modern Trademark Law's Theory of Harm,* Chicago Intellectual Property Colloquium (April 22, 2008) (www.chicagoip.com)
- Trademark Scholars Roundtable, Primary Discussant, University of Iowa College of Law (April 11, 2008)
- Participant in the University of Richmond School of Law Intellectual Property Institute's Evil Twin Debate Series, debating Stacey Dogan regarding "trademark use" (April 4, 2008)

19

**Exhibit A
Page 40**

- *Trademark Use and the Problem of Source in Trademark Law,* University of Pennsylvania Law School, Center on Technology, Innovation, and Competition Policy Workshop Series (October 29, 2007)
- Moderator, *Trademark Dilution: Theoretical and Empirical Inquiries*, Santa Clara University School of Law (October 5, 2007)
- *Trademark Use and the Problem of Source in Trademark Law*, at the University of Minnesota Trademark Workshop (September 15, 2007)
- *Trademark Use and the Problem of Source in Trademark Law*, at the Seventh Annual Intellectual Property Scholars Conference, DePaul University College of Law (August 10, 2007) (selected for presentation at plenary session)

2006-07

- *What if Trademark Law Really Focused on Consumer Decision-making?,* at "What Ifs and Other Alternative Intellectual Property and Cyberlaw Stories," Michigan State University College of Law (March 31, 2007) (with Dan Hunter)
- *The Normative Foundations of Trademark Law*, at the University of California at Berkeley IP Scholarship Seminar (December 5, 2006)
- *Trademarks and Contextual Meaning*, at Loyola University of Chicago School of Law Faculty Workshop Series (October 10, 2006)
- *Trademarks and Contextual Meaning*, at the 2006 Works-In-Progress Intellectual Property Colloquium, University of Pittsburgh (October 6, 2006)
- *The Normative Foundations of Trademark Law*, at the Sixth Annual Intellectual Property Scholars Conference, University of California at Berkeley (August 11, 2006)

2005-06

- *The Narratives of Patent and Trademark Law* at Third Annual Intellectual Property and Communications Law and Policy Scholars Roundtable, Michigan State University College of Law (January 27-28, 2006)
- *The Rehnquist Court and the First Amendment*, Symposium sponsored by the Washington University Journal of Law and Policy (November 18, 2005)
- *The Normative Foundations of Trademark Law*, at the 2005 Works-In-Progress Intellectual Property Colloquium, Washington University in St. Louis (October 8, 2005)
- 2005 *Childress Memorial Lecture*, Member of Panel Commenting on Intellectual Property Components of lecture by Carol Rose (September 30, 2005)

2004-05

- *The Normative Foundations of Trademark Law*, Saint Louis University faculty workshop series (September 21, 2005) and Seton Hall University School of Law faculty workshop series (April 22, 2005)
- W(h)ither the Middleman: The Role and Future of Intermediaries in the Information Age**,** Michigan State University College of Law (April 8-9, 2005) – Conference Fellow and Commentator

**Exhibit A
Page 41**

- Washington University Digital Expo (April 7, 2005) – panel participant discussing the role of intellectual property law in the digital age, with Jonathan Whitehead (Recording Industry Association of America), Jim Spertus (Motion Picture Association of America), and Rebecca Brown (Washington University General Counsel's office)
- *Trademarks as Property: Back to the Future* (now re-titled "The Normative Foundations of Trademark Law) at Second Annual Intellectual Property and Communications Law and Policy Scholars Roundtable, Michigan State University College of Law, February 18-19, 2005
- *Trademark Inefficiency: How Expanding Trademark Rights Distort Incentives And Encourage Waste*, at Boston University Works-In-Progress Intellectual Property Colloquium, September 2004

2003-04

- *Identity and Autonomy: Towards a Rational Theory of Identity Appropriation* (re-titled "The Right of Publicity and Autonomous Self-Definition")
  - Presented at First Annual Intellectual Property and Communications Law and Policy Scholars Roundtable at Michigan State University College of Law (February 18-19, 2004)
  - Presented at University of Kansas School of Law Faculty Workshop (February 10, 2004)
  - Presented at Saint Louis University School of Law Faculty Workshop (January 28, 2004)
- Panel participant regarding Peer-to-Peer filesharing at Tulane Works-In-Progress Intellectual Property Colloquium (September 2003)
- Appeared on World News Roundup Late Edition on KMOX (AM 1200), St. Louis, MO on July 21, 2003 to discuss potential liability for parents whose children download music over the Internet

**Exhibit A**
**Page 42**