UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *a Delaware corporation*; WAL-MART.COM USA, LLC, *a California Limited Liability Corporation*,<br><br>Defendants. | Case No. 2:19-cv-05495-MWF-JC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF LAW PROFESSOR MARK MCKENNA** |

This Court, having considered Plaintiff's Motion to Exclude the Testimony of Law Professor Mark McKenna, hereby GRANTS the motion and ORDERS as follows:

1. Defendants Walmart, Inc. and Wal-mart.com USA, LLC are precluded from offering any expert testimony from Professor Mark McKenna at trial or otherwise in this action.

**IT IS SO ORDERED.**

DATED: _____, 2020

By _____
Hon. Michael W. Fitzgerald
United States District Judge