UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-5495-MWF(JCx)** | Dated: | **October 6, 2020** |
| Title: | Roxane Towry Russell v. Walmart Inc., et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Miriam Baird |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Guy Ruttenberg | Bijal V. Vakil |
| Steve Papazian | Jeremy T. Elman |
| | Timothy Keegan |
| | Stefan Mentzer |
| | Alan Bryan |
| | Jenna Johnson |

**PROCEEDINGS:**   **TELEPHONIC PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF LAW PROFESSOR MARK MCKENNA [102]; WALMART'S MOTION FOR REFERRAL TO THE REGISTER OF COPYRIGHTS [106]; WALMART INC. AND WAL-MART.COM USA, LLC'S MOTION FOR SUMMARY JUDGMENT [107]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:35 min