UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation; WAL-MART.COM USA, LLC, a California Limited Liability Corporation,<br><br>Defendants. | Case No.:  2:19-cv-05495-MWF-JC<br><br>**[PROPOSED] ORDER GRANTING WALMART'S MOTION IN LIMINE NO. 5 TO EXCLUDE ROXANA TOWRY RUSSELL'S EXPERT TESTIMONY**<br><br>Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br>Hearing Date: October 4, 2021 |

1  This matter came on for hearing before the Court, on October 4, 2021, the Honorable Michael W. Fitzgerald presiding, on Defendants' Walmart Inc. and Wal-Mart.com USA, LLC (collectively, "Walmart") Motion *in Limine* No. 5 to exclude Roxana Towry Russell's expert testimony against Plaintiff Roxana Towry Russell d/b/a Roxy Russell Design ("Russell" or "Plaintiff").  The Court, having considered the papers and evidence submitted by the parties, the arguments of counsel, all prior pleadings and proceedings had herein, and finding good cause appearing for granting the motion, duly renders its decision as follows:

As a matter of law and public policy, Plaintiff who has a direct financial stake in the outcome of this litigation is completely conflicted from acting as her own expert. This, combined with the fact that Ms. Russell has not produce the lamps upon which she claims to base her opinion, has prevented Walmart from exploring the basis of her opinion, and is pursuing an opinion on a subject matter this Court has already ruled does not warrant expert testimony shows a blatant disregard for and violation of the rules governing expert disclosures.

The Court, hereby, GRANTS Walmart's Motion *in Limine* No. 5 to exclude Roxana Towry Russell's expert testimony.

IT IS SO ORDERED.

DATED:                              By: _____
                                         Honorable Michael W. Fitzgerald
                                         U.S. District Judge