Bijal V. Vakil (SBN 192878)
bijal.vakil@allenovery.com
Jeremy T. Elman (SBN 223696)
jeremy.elman@allenovery.com
Allen & Overy LLP
530 Lytton Avenue, Second Floor
Palo Alto, California 94301
Telephone: 650.388.1650
Facsimile: 650.388.1699

*Attorneys for Defendants Walmart Inc. and Wal-Mart.com USA, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation; WAL-MART.COM USA, LLC, a California Limited Liability Corporation,<br><br>Defendants. | Case No.: 2:19-cv-05495-MWF-JC<br><br>**DECLARATION OF JEREMY T. ELMAN IN SUPPORT OF WALMART'S MOTION IN *LIMINE* NO. 5 TO EXCLUDE ROXANA TOWRY RUSSELL'S EXPERT TESTIMONY** |

I, Jeremy T. Elman, declare as follows:

1. I am an attorney at the law firm of Allen & Overy, LLP, counsel for Defendant Walmart Inc. and Wal-Mart.com USA, in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. I submit this declaration in support of Walmart's Motion *in Limine* No. 5 to Exclude Roxana Towry Russell's Expert Testimony.

3. Attached as Exhibit A is a true and correct a copy of Ms. Russell's Rule 26 disclosure, dated June 30, 2020.

4. Attached as Exhibit B is a true and correct copy of excerpts of Ms. Russell's deposition transcript, dated July 16, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 13, 2021, in Palo Alto, California.

Dated: September 13, 2021

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ *Jeremy T. Elman*
     Jeremy T. Elman

Attorneys for Defendants
Walmart Inc. and Wal-Mart.com USA, LLC