# EXHIBIT A

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
*Attorneys for Plaintiff Roxana Towry Russell,
d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *a Delaware corporation*; WAL-MART.COM USA, LLC, *a California Limited Liability Corporation*,<br><br>Defendants. | Case No. 2:19-cv-05495-MWF-JC<br><br>**PLAINTIFF'S RULE 26(a)(2)(A) EXPERT DISCLOSURE RE ROXANA TOWRY RUSSELL**<br><br>Judge:    Hon. Jacqueline Chooljian |

EXPERT DISCLOSURE RE ROXANA TOWRY RUSSELL

1. Pursuant to Fed. R. Civ. P. 26(a)(2)(A) and 26(a)(2)(C), Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff" or "Ms. Russell") hereby discloses that she may call at trial Roxana Towry Russell to testify on her behalf as an expert.

2. Ms. Russell lives at 1665 N. El Molino Ave., Pasadena, CA 91104. Ms. Russell is the owner and sole proprietor of Roxy Russell Design.

3. Ms. Russell will testify pursuant to Fed. R. Civ. P. 26(a)(2)(A) and 26(a)(2)(C) and has not been retained or specially employed to provide expert testimony. Ms. Russell is not being compensated for her time in connection with providing expert testimony in this matter.

4. Ms. Russell will offer testimony regarding the conception and creation of her Medusa Sculptural Work, Polyp Sculptural Work, Ophelia Sculptural Work, Medusa Pictorial Work, and Polyp Pictorial Work and how these works constitute original works of authorship.

5. Ms. Russell will offer testimony regarding how the Medusa Sculptural Work, Polyp Sculptural Work and Ophelia Sculptural Work embody pictorial, graphic, and sculptural authorship that can be identified separately from any utilitarian aspects of those works.

6. Ms. Russell will offer analysis and testimony explaining how Defendants Walmart, Inc. and Walmart.com USA, LLC ("Walmart" or "Defendants") and the product listings produced as RUSSELL_0000025-40 infringe Plaintiff's copyrights in Plaintiff's Medusa Sculptural Work, Polyp Sculptural Work, Ophelia Sculptural Work, Medusa Pictorial Work, and Polyp Pictorial Work. In particular, Ms. Russell will offer analysis and testimony comparing these copyrighted works to the images displayed in RUSSELL_0000025-40.

7. Ms. Russell will offer analysis and testimony explaining how Walmart and the products sold by Walmart shown in RUSSELL_0001320-22 infringe her

copyright in the Medusa Sculptural Work.

8. In support of her testimony, Ms. Russell may use various demonstrative exhibits, including but not limited to, diagrams, presentations and publications. Ms. Russell may use blow-ups or electronic copies or depictions of her copyrighted works and the accused products and product listings referenced in this report as well as other demonstrative evidence as part of her testimony.

9. Plaintiff reserves her right to supplement this disclosure as permitted by Fed R. Civ. P. 26(a)(2) and 26(e), and to disclose rebuttal expert witnesses. Supplementation may be required and especially important here, given that discovery is on-going.

DATED: June 30, 2020     By:     */s/ Steve Papazian*

Guy Ruttenberg
Steve Papazian
RUTTENBERG IP LAW, A
PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
steve@ruttenbergiplaw.com

*Attorneys for Plaintiff*

EXPERT DISCLOSURE RE ROXANA TOWRY RUSSELL