# EXHIBIT B

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   ROXANA TOWRY RUSSELL, d/b/a    )
 6   ROXY RUSSELL DESIGN;           )
 7                                  )
                 Plaintiff,         )
 8                                  )  Case No.
          vs.                       )  2:19-cv-5495-MWF-JC
 9                                  )
     WALMART INC., a Delaware       )  CONFIDENTIAL UNDER
10   corporation; WAL-MART.COM      )  THE PROTECTIVE ORDER
     USA, LLC, a California         )
11   Limited Liability             )
     Corporation;                   )
12                                  )
                 Defendants.        )
13   _____)
14
15
16        VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE OF
17               ROXANA TOWRY RUSSELL
18              Los Angeles, California
19              Thursday, July 16, 2020
20
21
22   Reported by:
23   Lynda L. Fenn, CSR, RPR
24   CSR No. 12566
25   JOB No. 4180594
```

                                              Page 1

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | And I would like to know, if I'm correct, | 11:02:51 |
| 2 | that you are accusing Walmart of stealing the Medusae | 11:02:53 |
| 3 | pictorial work, the Polyp pictorial work and the | 11:02:58 |
| 4 | Medusae sculptural work? | 11:03:05 |
| 5 | A    Yes. | 11:03:08 |
| 6 | Q    Are you accusing Walmart of stealing any of | 11:03:08 |
| 7 | your other IP? | 11:03:13 |
| 8 | A    Not that I know of. | 11:03:13 |
| 9 | Q    Okay.  So that's two photographs and one | 11:03:14 |
| 10 | lamp; is that right? | 11:03:16 |
| 11 | A    I believe so.  This is without -- | 11:03:17 |
| 12 | Q    And you've been designated as an expert in | 11:03:22 |
| 13 | this case, right, on your copyrighted works; right? | 11:03:25 |
| 14 | A    Uh-huh.  On my lamp. | 11:03:29 |
| 15 | Q    Okay.  Do you have an understanding of how | 11:03:31 |
| 16 | much money you are asking Wal-Mart to pay you? | 11:03:33 |
| 17 | A    I have a vague idea.  I have an | 11:03:37 |
| 18 | understanding, but I have a damages expert who's | 11:03:46 |
| 19 | breaking it down specifically. | 11:03:48 |
| 20 | Q    Do you know how much money that he's put in | 11:03:49 |
| 21 | his report that you are asking Walmart to pay you? | 11:03:52 |
| 22 | A    I haven't seen his report, no. | 11:03:55 |
| 23 | Q    Okay.  Do you have any idea how much money | 11:03:57 |
| 24 | he put into the report? | 11:04:00 |
| 25 | MR. PAPAZIAN:  Objection to form.  Vague. | 11:04:01 |

Page 46

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Q   But if you win this lawsuit you are going | 12:06:20 |
| 2 | to be compensated; right? | 12:06:24 |
| 3 | MR. PAPAZIAN:  Objection to form. | 12:06:24 |
| 4 | THE WITNESS:  That's usually how lawsuits | 12:06:25 |
| 5 | go. | 12:06:26 |
| 6 | MR. ELMAN:  Right. | 12:06:27 |
| 7 | BY MR. ELMAN: | 12:06:27 |
| 8 | Q   So if you give certain expert testimony and | 12:06:27 |
| 9 | win the case, then you'll make money; right? | 12:06:30 |
| 10 | MR. PAPAZIAN:  Objection to form. | 12:06:33 |
| 11 | Foundation. | 12:06:35 |
| 12 | THE WITNESS:  Yes. | 12:06:36 |
| 13 | BY MR. ELMAN: | 12:06:38 |
| 14 | Q   Is that a "yes"? | 12:06:38 |
| 15 | A   Yes. | 12:06:38 |
| 16 | Q   Okay.  So, will you be compensated if you | 12:06:39 |
| 17 | testify favorably on your behalf and win the case? | 12:06:43 |
| 18 | MR. PAPAZIAN:  Objection to form. | 12:06:46 |
| 19 | Stop trying to put words in her mouth, | 12:06:48 |
| 20 | Counsel. | 12:06:50 |
| 21 | THE WITNESS:  This is directly related to | 12:06:52 |
| 22 | my work. | 12:06:56 |
| 23 | I'm not sure. | 12:07:02 |
| 24 | BY MR. ELMAN: | 12:07:03 |
| 25 | Q   You said you are not being paid as an | 12:07:03 |

Page 103

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | expert witness; right? | 12:07:06 |
| 2 | A   Right. | 12:07:06 |
| 3 | Q   But if you win this case you'll make money; | 12:07:07 |
| 4 | right? | |
| 5 | A   Okay.  So, I'm sorry, I'm not sure -- was | 12:07:10 |
| 6 | that a question?  Is it a -- | 12:07:16 |
| 7 | Q   Yeah, I'm asking you. | 12:07:18 |
| 8 | A   Are you asking me if that's considered | 12:07:20 |
| 9 | payment if I win this case? | 12:07:22 |
| 10 | Q   Yeah, would you consider that payment? | 12:07:24 |
| 11 | MR. PAPAZIAN:  Objection to form.  Assumes | 12:07:26 |
| 12 | facts. | 12:07:28 |
| 13 | THE WITNESS:  Sure. | 12:07:29 |
| 14 | MR. ELMAN:  Okay. | 12:07:32 |
| 15 | BY MR. ELMAN: | 12:07:32 |
| 16 | Q   And you are looking for possibly twice what | 12:07:32 |
| 17 | your company has made over the past ten years in this | 12:07:37 |
| 18 | case? | 12:07:41 |
| 19 | MR. PAPAZIAN:  Objection to form. | 12:07:41 |
| 20 | Argumentative.  Calls for expert testimony. | 12:07:43 |
| 21 | THE WITNESS:  Yeah, I defer to the | 12:07:47 |
| 22 | statute -- to the expert report here. | 12:07:51 |
| 23 | MR. ELMAN:  Okay. | 12:07:53 |
| 24 | BY MR. ELMAN: | 12:07:53 |
| 25 | Q   So the expert report is asking for up to | 12:07:53 |

Page 104

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | $750,000? | 12:07:57 |
| 2 | A   That's what it says. | 12:07:59 |
| 3 | MR. PAPAZIAN:  Objection; misstates the | 12:08:00 |
| 4 | expert report.  Calls for expert testimony.  Assumes | 12:08:02 |
| 5 | facts.  Form. | 12:08:05 |
| 6 | BY MR. ELMAN: | 12:08:07 |
| 7 | Q   So let's go back to page 24 of Exhibit | 12:08:08 |
| 8 | No. 4. | 12:08:15 |
| 9 | Do you see paragraph 47(a)? | 12:08:16 |
| 10 | A   Uh-huh. | 12:08:20 |
| 11 | Q   It says, "Statutory damages are $750,000 | 12:08:21 |
| 12 | for alleged willful infringement of five copyrights." | 12:08:26 |
| 13 | Do you see that? | |
| 14 | A   Uh-huh. | |
| 15 | Q   Do you have any understanding of what the | 12:08:31 |
| 16 | expert is talking about there? | 12:08:33 |
| 17 | MR. PAPAZIAN:  Objection; foundation. | 12:08:34 |
| 18 | Form.  Calls for expert's -- expert testimony. | 12:08:36 |
| 19 | THE WITNESS:  Yeah, I have a vague | 12:08:39 |
| 20 | understanding of it, but I'm not a lawyer.  I'm not a | 12:08:40 |
| 21 | damages expert. | 12:08:45 |
| 22 | BY MR. ELMAN: | 12:08:46 |
| 23 | Q   What's your understanding? | 12:08:46 |
| 24 | MR. PAPAZIAN:  Same objections.  Calls for | 12:08:49 |
| 25 | expert testimony. | 12:08:52 |

Page 105

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
  1              THE WITNESS:  I couldn't say.  That there    12:08:55

  2     are just -- there are five images.  Each one of those  12:08:58

  3     images has a certain amount that is allowed to         12:09:00

  4     receive damages from the infringement.                 12:09:13

  5              MR. ELMAN:  Okay.                              12:09:18

  6     BY MR. ELMAN:                                           12:09:18

  7         Q   And we talked about your complaint before      12:09:19

  8     and there are three counts.  Three -- three copyright  12:09:21

  9     counts; right, counts one, two and three?              12:09:27

 10         A   Yeah.                                           12:09:30

 11              MR. PAPAZIAN:  Objection; calls for a legal    12:09:31

 12     conclusion.                                            12:09:33

 13     BY MR. ELMAN:                                          12:09:33

 14         Q   Let's go look at Exhibit No. 2.  Going to      12:09:34

 15     Exhibit No. 2 and look at counts one through three.    12:09:41

 16         A   What page is that?                              12:09:46

 17         Q   Starting on page 12 going through page 18.     12:09:48

 18         A   Okay.                                          12:10:00

 19         Q   Do you see that there are three copyright      12:10:00

 20     counts that we talked about earlier?                   12:10:05

 21         A   Okay.                                          12:10:05

 22         Q   There's one for the Medusae pictorial          12:10:06

 23     work --                                                12:10:10

 24         A   Okay.                                          12:10:08

 25         Q   -- the Polyp pictorial work and the Medusae    12:10:11
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | sculptural work. | 12:10:16 |
| 2 | Do you see that? | 12:10:17 |
| 3 | A    Yeah. | 12:10:17 |
| 4 | Q    Do you know why your expert is saying there | 12:10:17 |
| 5 | are five copyrights? | 12:10:21 |
| 6 | MR. PAPAZIAN:  Objection; calls for a legal | 12:10:22 |
| 7 | conclusion.  Calls for Expert testimony. | 12:10:23 |
| 8 | Speculation. | 12:10:24 |
| 9 | THE WITNESS:  I can't speak for him.  I | 12:10:24 |
| 10 | defer that question to him. | 12:10:26 |
| 11 | MR. ELMAN:  Okay. | 12:10:29 |
| 12 | BY MR. ELMAN: | 12:10:29 |
| 13 | Q    But are you aware of why he's saying five | 12:10:30 |
| 14 | copyrights? | 12:10:35 |
| 15 | MR. PAPAZIAN:  Same objection.  Calls for a | 12:10:36 |
| 16 | legal conclusion.  Speculation. | 12:10:37 |
| 17 | THE WITNESS:  Yeah, I can't say why he's | 12:10:39 |
| 18 | doing that.  He's the expert. | 12:10:42 |
| 19 | MR. ELMAN:  Okay. | 12:10:44 |
| 20 | BY MR. ELMAN: | 12:10:45 |
| 21 | Q    How did you prepare for this deposition? | 12:10:45 |
| 22 | A    How did I prepare?  I spoke to my lawyers. | 12:10:47 |
| 23 | We met. | 12:10:58 |
| 24 | Q    When? | 12:10:58 |
| 25 | A    We met on Tuesday -- well, I met just with | 12:10:59 |

Page 107

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Steve on Tuesday. | 12:11:04 |
| 2 | Q   In person or on the phone? | 12:11:07 |
| 3 | A   In person. | 12:11:09 |
| 4 | Q   Okay.  At his house?  Your house? | 12:11:10 |
| 5 | A   No, at Descanso Gardens. | 12:11:13 |
| 6 | Q   I'm sorry, Descanso Gardens? | 12:11:17 |
| 7 | A   Uh-huh. | 12:11:20 |
| 8 | Q   How long did you meet for? | 12:11:20 |
| 9 | A   A few hours. | 12:11:23 |
| 10 | Q   Had you previously met with your lawyers to | 12:11:26 |
| 11 | prepare before Tuesday? | 12:11:30 |
| 12 | A   No. | 12:11:33 |
| 13 | Q   Okay.  At any time since 2019 to prepare | 12:11:33 |
| 14 | for a deposition? | 12:11:39 |
| 15 | A   No. | 12:11:40 |
| 16 | Q   Did you review any documents when you met | 12:11:40 |
| 17 | on Tuesday in person? | 12:11:43 |
| 18 | A   No. | 12:11:44 |
| 19 | Q   Okay.  So Steve didn't give you anything to | 12:11:47 |
| 20 | look at document-wise? | 12:11:51 |
| 21 | A   Not that I remember, no. | 12:11:52 |
| 22 | Q   Okay.  And you didn't -- since Tuesday you | 12:11:55 |
| 23 | haven't looked at any other documents? | 12:12:01 |
| 24 | A   No. | 12:12:03 |
| 25 | Q   Okay.  And in preparation for appearing for | 12:12:04 |

Page 108

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | your deposition, did you meet with Steve at any other | 12:12:08 |
| 2 | time? | 12:12:12 |
| 3 | A    Virtually. | 12:12:12 |
| 4 | Q    When was that? | 12:12:15 |
| 5 | A    Yesterday. | 12:12:16 |
| 6 | Q    Yesterday? | 12:12:19 |
| 7 | A    (Witness nods head.) | 12:12:20 |
| 8 | Q    Okay.  So, virtually, you mean by video or | 12:12:21 |
| 9 | by phone? | 12:12:26 |
| 10 | A    Uh-huh.  Video. | 12:12:26 |
| 11 | Q    By video? | 12:12:27 |
| 12 | A    (Witness nods head.) | 12:12:28 |
| 13 | Q    Okay.  How long did you meet yesterday for? | 12:12:29 |
| 14 | A    The same.  A couple of hours. | 12:12:32 |
| 15 | Q    Did you review any documents? | 12:12:34 |
| 16 | A    No. | 12:12:37 |
| 17 | Q    Okay.  Have you ever reviewed any documents | 12:12:37 |
| 18 | in preparation for this deposition? | 12:12:45 |
| 19 | A    Yes.  Sorry, no, I don't -- I can't | 12:12:46 |
| 20 | remember. | 12:13:10 |
| 21 | Q    And I want to go back to your educational | 12:13:12 |
| 22 | background.  We can either take a break now or go for | 12:13:16 |
| 23 | about another fifteen minutes. | 12:13:20 |
| 24 | Which do you prefer? | 12:13:21 |
| 25 | A    A break now is fine. | 12:13:21 |

Page 109

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1        Q    Okay.                                    12:13:23

 2             MR. ELMAN:  I don't know if you want to  12:13:25

 3   break for lunch, Steve, or if you want to make this a  12:13:27

 4   quicker break.                                     12:13:30

 5             MR. PAPAZIAN:  I prefer a quicker break and  12:13:30

 6   we can maybe take lunch in about half an hour if   12:13:33

 7   that's okay for everybody.                         12:13:36

 8             MR. ELMAN:  Okay.  So, do you want to take  12:13:37

 9   a ten-minute break now?                            12:13:39

10             MR. PAPAZIAN:  Yeah, that sounds good.   12:13:40

11             MR. ELMAN:  Okay.  Thank you.            12:13:42

12             THE VIDEOGRAPHER:  This marks the end of 12:13:43

13   Media No. 2.  Going off the record at 12:13 p.m.   12:13:45

14             (Brief interruption in proceedings.)     12:27:41

15             THE VIDEOGRAPHER:  This marks the beginning  12:27:53

16   of Media No. 3.  Going back on the record at 12:27 12:27:54

17   p.m.                                               12:28:01

18   BY MR. ELMAN:                                      12:28:01

19        Q    Roxy, can you describe your educational  12:28:03

20   background after high school?                       12:28:05

21        A    Yes, I received a degree in environmental 12:28:07

22   design from ArtCenter of Design.                   12:28:10

23        Q    Okay.  Do you have any other formal      12:28:17

24   education?                                         12:28:19

25        A    What do you mean by formal education?    12:28:22
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Q    Besides your undergraduate degree from the | 12:28:26 |
| 2 | ArtCenter any other formal education? | 12:28:26 |
| 3 | A    You mean other degrees? | 12:28:27 |
| 4 | Q    Other degrees or other degree programs, | 12:28:29 |
| 5 | whether it be a master's of fine arts or anything | 12:28:32 |
| 6 | like that? | 12:28:33 |
| 7 | A    No. | 12:28:34 |
| 8 | Q    Okay.  Have you taken any classes towards | 12:28:34 |
| 9 | further degree? | 12:28:40 |
| 10 | A    Towards further degree, I've taken a lot of | 12:28:41 |
| 11 | creative classes.  My goal wasn't specifically a | 12:28:46 |
| 12 | degree.  My goal was to learn. | 12:28:49 |
| 13 | Q    Okay.  Let's start with your undergraduate. | 12:28:52 |
| 14 | What did you study at the ArtCenter? | 12:28:56 |
| 15 | A    Environmental design. | 12:28:58 |
| 16 | Q    And what is that? | 12:29:00 |
| 17 | A    It encompasses a lot of things.  For | 12:29:01 |
| 18 | example, furniture, architecture, lighting.  Some | 12:29:07 |
| 19 | people do entertainment design.  It encompasses | 12:29:14 |
| 20 | graphics. | 12:29:20 |
| 21 | Q    So did you specialize in an area within | 12:29:20 |
| 22 | environmental design? | 12:29:26 |
| 23 | A    What do you mean "specialize"? | 12:29:27 |
| 24 | Q    You said like some people do lighting and | 12:29:29 |
| 25 | obviously you are selling lights now. | 12:29:31 |

Page 111

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | A   Oh, there's not like a subset degree like a | 12:29:36 |
| 2 | major in lighting. | 12:29:40 |
| 3 | It's environmental design.  Some people | 12:29:41 |
| 4 | have different focus -- well, a lot of people have | 12:29:45 |
| 5 | different focuses and things that they are drawn | 12:29:46 |
| 6 | towards doing. | 12:29:51 |
| 7 | Q   And what kind of classes make up the | 12:29:51 |
| 8 | environmental design major? | 12:29:53 |
| 9 | A   What kinds of classes? | 12:29:56 |
| 10 | Q   Yeah, is there a sculpture class, a | 12:29:57 |
| 11 | photography class, that kind thing? | 12:29:59 |
| 12 | A   Yeah, there's photography classes that are | 12:30:02 |
| 13 | offered because it's an elective.  It's not | 12:30:05 |
| 14 | specifically under the program that I'm aware of. | 12:30:07 |
| 15 | Q   Okay.  Did you take any sculpture classes? | 12:30:10 |
| 16 | A   With the title sculpture?  I've taken many | 12:30:12 |
| 17 | materials classes.  I think environmental design | 12:30:19 |
| 18 | encompasses a lot of making three-dimensional objects | 12:30:23 |
| 19 | so in that respect. | 12:30:29 |
| 20 | Q   How many classes do you take at the | 12:30:31 |
| 21 | ArtCenter in making three-dimensional objects? | 12:30:34 |
| 22 | A   I couldn't say how many I've taken. | 12:30:40 |
| 23 | Are you asking me how many are, like, in | 12:30:47 |
| 24 | the curricular program? | 12:30:49 |
| 25 | Q   No, how many -- how many that you took? | 12:30:51 |

Page 112

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | A    I don't remember specifically but several. | 12:30:54 |
| 2 | There's a lot of different aspects to making | 12:30:58 |
| 3 | three-dimensional objection, so yeah. | 12:31:01 |
| 4 | Q    Okay.  What other types of classes did you | 12:31:04 |
| 5 | take regarding making three-dimensional objects? | 12:31:06 |
| 6 | A    Computer classes, ad classes, modeling -- | 12:31:12 |
| 7 | computer modeling, materials and applications which | 12:31:18 |
| 8 | is using the models drawn up and about learning | 12:31:22 |
| 9 | different materials. | 12:31:28 |
| 10 | Q    Approximately what percent of your | 12:31:31 |
| 11 | curriculum regarded taking classed that were about | 12:31:35 |
| 12 | making three-dimensional objects? | 12:31:38 |
| 13 | A    A lot of the classes involved making | 12:31:40 |
| 14 | three-dimensional objects.  We were taught to make | 12:31:43 |
| 15 | three-dimensional models of a base that we were | 12:31:49 |
| 16 | designing. | 12:31:53 |
| 17 | Q    Okay.  Do you know approximately how much | 12:31:54 |
| 18 | of your curriculum was involved with those kind of | 12:31:56 |
| 19 | classes? | 12:31:59 |
| 20 | A    I would probably say a majority of them. | 12:32:00 |
| 21 | Q    Okay.  What other kinds of classes did you | 12:32:02 |
| 22 | take at the ArtCenter? | 12:32:05 |
| 23 | A    I took a group projects offered by multiple | 12:32:07 |
| 24 | classes.  I took, like I said, a materials class. | 12:32:19 |
| 25 | Gosh, it's been a while. | 12:32:22 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Drawing classes.  Photography.  Like | 12:32:28 |
| 2 | technical lighting.  3D modeling.  Computers. | 12:32:43 |
| 3 | Photoshop.  Like digital design classes. | 12:32:57 |
| 4 | I don't know how you would classify, like, | 12:33:08 |
| 5 | Environmental Design I where you are planning out a | 12:33:10 |
| 6 | space. | 12:33:17 |
| 7 | So, yeah, it was a -- it was a wide | 12:33:18 |
| 8 | curriculum. | 12:33:24 |
| 9 | Q   How many photography classes did you take? | 12:33:25 |
| 10 | A   At ArtCenter or, like, anywhere? | 12:33:28 |
| 11 | Q   Let's start with ArtCenter. | 12:33:30 |
| 12 | A   ArtCenter, I took two. | 12:33:32 |
| 13 | Q   How about elsewhere for photography? | 12:33:37 |
| 14 | A   Photography I took it, like, in high school | 12:33:39 |
| 15 | and college -- junior college. | 12:33:46 |
| 16 | I had a friend who had a darkroom and I | 12:33:49 |
| 17 | used to develop the photos there as well, so I kind | 12:33:51 |
| 18 | of -- a lot of it was self-taught as well. | 12:33:58 |
| 19 | Q   Did you go to a junior college before you | 12:34:00 |
| 20 | went to the ArtCenter? | 12:34:06 |
| 21 | A   Yeah, I went to a couple of them. | 12:34:09 |
| 22 | Q   I'm sorry, I didn't catch that. | 12:34:11 |
| 23 | A   I went to a couple of them. | 12:34:14 |
| 24 | Q   Oh, you went to a couple of them? | 12:34:15 |
| 25 | A   Uh-huh. | 12:34:18 |

Page 114

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1        Q    Which ones?                          12:34:19

 2        A    I went to Rio Hondo College, Fullerton   12:34:19

 3   College, Pasadena City College.               12:34:23

 4        Q    Okay.  So was that before you went to the  12:34:27

 5   ArtCenter?                                     12:34:29

 6        A    Uh-huh.  Yes.                        12:34:30

 7        Q    Okay.  When did you go to Hondo Rio   12:34:31

 8   College?                                       12:34:34

 9        A    Rio Hondo?                           12:34:34

10        Q    I'm sorry, when did you go to Rio Hondo   12:34:36

11   College?                                       12:34:39

12        A    The first time I took class there was in --   12:34:39

13   I think I was a junior or a senior -- '91.      12:34:45

14        Q    You were a junior or senior in high   12:34:51

15   school --                                      12:34:57

16        A    Uh-huh.                              12:34:57

17        Q    -- when you took classes at Rio Hondo?   12:34:58

18        A    Uh-huh.                              12:35:01

19        Q    What kind of classes did you take?    12:35:01

20        A    Photography.                         12:35:03

21        Q    Anything else that you remember from Rio   12:35:03

22   Hondo?                                         12:35:09

23        A    I don't remember.                    12:35:09

24        Q    Okay.  And how about Fullerton College,   12:35:09

25   when did you go there?                         12:35:12
```

Page 115

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | A   Approximately '96, '97, '98.  Somewhere | 12:35:13 |
| 2 | around there. | 12:35:23 |
| 3 | Q   Is that after you graduated from high | 12:35:23 |
| 4 | school? | 12:35:27 |
| 5 | A   Yeah. | 12:35:27 |
| 6 | Q   What year did you graduate from high | 12:35:27 |
| 7 | school? | 12:35:29 |
| 8 | A   1992. | 12:35:29 |
| 9 | Q   Okay.  So what did you do in the years | 12:35:30 |
| 10 | between 1992 and 1996? | 12:35:33 |
| 11 | A   1992 and 1996, I waitressed and I went to | 12:35:35 |
| 12 | -- I think I went to Fullerton. | 12:35:44 |
| 13 | When did I go to Fullerton?  Maybe '95. | 12:35:51 |
| 14 | Yeah, I don't know specifically.  Right | 12:35:59 |
| 15 | after graduation I was working. | 12:36:05 |
| 16 | Q   You were.  Okay.  You worked as a waitress. | 12:36:11 |
| 17 | Anything else that you worked at job-wise? | 12:36:14 |
| 18 | A   No. | 12:36:16 |
| 19 | Q   Okay.  So '95 or '96 you went to Fullerton. | 12:36:16 |
| 20 | What did you study at Fullerton? | 12:36:20 |
| 21 | A   A lot of different things.  Like what | 12:36:22 |
| 22 | classes I took? | 12:36:25 |
| 23 | Q   Yeah, what types of classes? | 12:36:26 |
| 24 | A   I took interior design.  Oceanography. | 12:36:28 |
| 25 | Social -- social studies, for lack of a better word. | 12:36:35 |

Page 116

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | I don't know.  It's not a -- that's not the right | 12:36:45 |
| 2 | word, but that's what I can remember. | 12:36:46 |
| 3 | Q   Okay.  How long did you go to Fullerton | 12:36:48 |
| 4 | for? | 12:36:50 |
| 5 | A   I took -- on and off. | 12:36:50 |
| 6 | Q   For how many years? | 12:36:56 |
| 7 | A   I don't remember specifically.  I would | 12:36:57 |
| 8 | just take classes as I wanted to learn. | 12:36:59 |
| 9 | Q   Okay.  And you took -- did you take them | 12:37:05 |
| 10 | for college credit at Fullerton? | 12:37:07 |
| 11 | A   Yeah, there was credit available for them. | 12:37:09 |
| 12 | Q   Okay. | 12:37:11 |
| 13 | A   But I didn't take them towards obtaining a | 12:37:12 |
| 14 | degree. | 12:37:15 |
| 15 | Q   Oh, you didn't take -- you didn't use them | 12:37:15 |
| 16 | for obtaining your degree for the ArtCenter, like you | 12:37:20 |
| 17 | didn't transfer credits? | 12:37:25 |
| 18 | A   I transferred some credits but not a lot. | 12:37:27 |
| 19 | Q   Okay.  And then after Fullerton you said | 12:37:32 |
| 20 | you went to another -- Pasadena City College; | 12:37:34 |
| 21 | correct? | |
| 22 | A   Uh-huh. | |
| 23 | Q   When did you go to Pasadena City College? | 12:37:39 |
| 24 | A   '99 -- 1999, 2000. | 12:37:41 |
| 25 | Q   And what did you study there? | 12:37:50 |

Page 117

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | A   I took ceramics.  Jewelry making.  I might | 12:37:52 |
| 2 | have taken some other stuff, but I can't remember off | 12:38:01 |
| 3 | the top of my head. | 12:38:03 |
| 4 | Q   And how long did you go to Pasadena City | 12:38:04 |
| 5 | College for? | 12:38:07 |
| 6 | A   For a year or two. | 12:38:07 |
| 7 | Q   Okay.  And during the time you were going | 12:38:12 |
| 8 | to Fullerton and Pasadena City College were you also | 12:38:14 |
| 9 | working? | 12:38:16 |
| 10 | A   Yes. | 12:38:17 |
| 11 | Q   What kinds of jobs did you have? | 12:38:17 |
| 12 | A   I was a waitress and a nanny. | 12:38:19 |
| 13 | Q   Okay.  Anything else? | 12:38:27 |
| 14 | A   No. | 12:38:29 |
| 15 | Q   Okay.  And how long did -- did you stay at | 12:38:29 |
| 16 | Pasadena City College for? | 12:38:32 |
| 17 | A   I would say exactly -- probably | 12:38:34 |
| 18 | approximately a year.  I mean I just took a few | 12:38:39 |
| 19 | classes there so -- I don't know. | 12:38:44 |
| 20 | Q   Okay.  And what did you do in between | 12:38:46 |
| 21 | Pasadena City College and starting at the ArtCenter? | 12:38:49 |
| 22 | A   I worked as a nanny. | 12:38:58 |
| 23 | Q   You worked as a nanny? | 12:38:59 |
| 24 | A   Uh-huh. | 12:39:05 |
| 25 | Q   Okay.  So would that be approximately 2000 | 12:39:05 |

Page 118

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | through what year? | 12:39:08 |
| 2 | A   2004. | 12:39:09 |
| 3 | Q   Okay.  And you started at the ArtCenter in | 12:39:09 |
| 4 | 2004? | |
| 5 | A   Yes. | |
| 6 | Q   And did you start as a full-time student in | 12:39:10 |
| 7 | 2004 at the ArtCenter? | 12:39:15 |
| 8 | A   No, I took night classes first. | 12:39:18 |
| 9 | Q   Okay.  And how long did you take night | 12:39:20 |
| 10 | classes for? | 12:39:22 |
| 11 | A   I took nine months possibly.  I mean | 12:39:23 |
| 12 | they're in trimesters, so I took an Environmental | 12:39:32 |
| 13 | Design I class and a lighting design class, so I | 12:39:36 |
| 14 | guess half a year. | 12:39:39 |
| 15 | Q   Okay.  And then did you switch to full | 12:39:40 |
| 16 | time? | 12:39:43 |
| 17 | A   Yes. | 12:39:43 |
| 18 | Q   When you took night classes at the | 12:39:44 |
| 19 | ArtCenter were you also working? | 12:39:48 |
| 20 | A   Yes, I was working. | 12:39:50 |
| 21 | Q   What kind of work were you doing? | 12:39:51 |
| 22 | A   I was working as a nanny and I was creating | 12:39:53 |
| 23 | a line of jewelry. | 12:39:57 |
| 24 | Q   What kind of jewelry did you create? | 12:40:00 |
| 25 | A   I made glass jewelry -- glass jewelry -- | 12:40:05 |

Page 119

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| 1 | Q | Did you sell -- | 12:40:12 |
| 2 | A | -- using glass. | 12:40:13 |
| 3 | Q | I'm sorry. | 12:40:13 |
| 4 | | What kind of glass jewelry, like for a | 12:40:16 |
| 5 | specific type? | | 12:40:19 |
| 6 | A | I created my own interpretation of stained | 12:40:20 |
| 7 | glass -- portable stained glass basically using used | | 12:40:29 |
| 8 | glass and certain elements of stain glass. | | 12:40:30 |
| 9 | Q | Okay.  Was it necklaces?  Rings?  What kind | 12:40:33 |
| 10 | of jewelry? | | 12:40:38 |
| 11 | A | Yeah.  So, rings, necklaces and bracelets. | 12:40:38 |
| 12 | Q | Were they in the shape of any animals? | 12:40:43 |
| 13 | A | No. | 12:40:46 |
| 14 | Q | You were using glass to design it. | 12:40:46 |
| 15 | | Was there any particular shapes that you | 12:40:51 |
| 16 | were focused on? | | 12:40:54 |
| 17 | A | Shapes that I was focused on?  The element | 12:40:55 |
| 18 | that was -- the shape that was most predominate was a | | 12:41:02 |
| 19 | spiral on them. | | 12:41:08 |
| 20 | Q | Okay.  And was there a name for the | 12:41:08 |
| 21 | business that you sold this jewelry under? | | 12:41:09 |
| 22 | A | Uh-huh. | 12:41:11 |
| 23 | Q | What was it? | 12:41:12 |
| 24 | A | Dream Star. | 12:41:12 |
| 25 | Q | Was that your company? | 12:41:13 |

Page 120

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| 1 | A | Uh-huh. | 12:41:16 |
| 2 | Q | Was there anybody else involved in the | 12:41:17 |
| 3 | company? | | 12:41:20 |
| 4 | A | Nope. | 12:41:20 |
| 5 | Q | And how did you sell your jewelry? | 12:41:21 |
| 6 | A | Just word of mouth and some retail stores | 12:41:24 |
| 7 | and jewelry stores would do consignment. | | 12:41:28 |
| 8 | Q | Did you sell it online? | 12:41:32 |
| 9 | A | That was before online.  I did end up | 12:41:34 |
| 10 | having one of the, like, early websites, but it | | 12:41:38 |
| 11 | didn't have eCommerce. | | 12:41:42 |
| 12 | Excuse me. | | 12:41:49 |
| 13 | Q | Okay.  And how long did Dream Star last | 12:41:50 |
| 14 | for? | | 12:41:53 |
| 15 | A | Are you talking about from when I started | 12:41:54 |
| 16 | developing it to when I -- I stopped doing it? | | 12:41:56 |
| 17 | Q | Yes. | 12:42:01 |
| 18 | A | I started developing it in probably '98 and | 12:42:02 |
| 19 | then stopped in 2004 when I was admitted to | | 12:42:07 |
| 20 | ArtCenter. | | 12:42:12 |
| 21 | Q | Approximately how much jewelry did you sell | 12:42:13 |
| 22 | during those years? | | 12:42:15 |
| 23 | A | I -- I don't know approximately. | 12:42:18 |
| 24 | Q | Did you get any intellectual property | 12:42:23 |
| 25 | rights on your jewelry at that time? | | 12:42:29 |

Page 121

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | MR. PAPAZIAN:  Objection; calls for legal | 12:42:32 |
| 2 | conclusion. | 12:42:33 |
| 3 | THE WITNESS:  No. | 12:42:33 |
| 4 | BY MR. ELMAN: | 12:42:36 |
| 5 | Q   I'm sorry, was there an answer?  You said, | 12:42:36 |
| 6 | "No"; correct? | 12:42:40 |
| 7 | A   Yeah, "No." | 12:42:42 |
| 8 | Q   Okay.  And was Dream Star ever a legal | 12:42:42 |
| 9 | entity or did you just sell it under your own name? | 12:42:47 |
| 10 | A   Oh, it was a dba. | 12:42:50 |
| 11 | Q   A dba.  Okay. | 12:42:52 |
| 12 | So if you sold jewelry it -- did you have | 12:42:55 |
| 13 | invoice?  Did you have business records? | 12:42:58 |
| 14 | A   No. | 12:43:02 |
| 15 | Q   How did you keep track? | 12:43:02 |
| 16 | A   Oh, that was a very, like, non -- like, I | 12:43:03 |
| 17 | didn't sell a whole lot of those.  Like, I didn't | 12:43:09 |
| 18 | keep invoices or -- like -- like, it was like a | 12:43:13 |
| 19 | pop-up style thing, you know, word of mouth or where | 12:43:17 |
| 20 | I would have a retail shop carry them and they would | 12:43:25 |
| 21 | keep the consignment for them. | 12:43:28 |
| 22 | Q   Okay.  And you stopped around the time that | 12:43:30 |
| 23 | you started the ArtCenter? | 12:43:32 |
| 24 | A   Uh-huh.  Yes. | 12:43:34 |
| 25 | Q   Okay.  Do you still have any of your | 12:43:35 |

Page 122

```
 1   inventory?                                        12:43:37

 2        A    Yeah.                                   12:43:38

 3        Q    You do -- you have it in your possession?  12:43:39

 4        A    No, I don't -- not currently, no.       12:43:42

 5        Q    Okay.  What happened to the leftover Dream  12:43:46

 6   Star materials?                                   12:43:49

 7        A    I still have them.                      12:43:50

 8        Q    Okay.  So going back to the ArtCenter time.  12:43:52

 9             You mentioned Photoshop.  What kind of  12:44:00

10   classes did you take in Photoshop?               12:44:03

11        A    Digital Design I.                       12:44:05

12        Q    Did that involve formal training for    12:44:09

13   editing photographs?                             12:44:12

14        A    Formal training?                        12:44:14

15             MR. PAPAZIAN:  Objection; form.         12:44:15

16             THE WITNESS:  It wasn't specifically    12:44:19

17   editing photographs.                             12:44:22

18   BY MR. ELMAN:                                     12:44:24

19        Q    What was covered in your Photoshop classes  12:44:24

20   at the ArtCenter?                                12:44:27

21        A    Just how to use, the basic rules for    12:44:28

22   editing --                                        12:44:36

23        Q    Okay.                                   12:44:36

24        A    -- Photoshop.                           12:44:37

25        Q    And you mentioned working in a darkroom of  12:44:37
```

Page 123

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | your friend's before. | 12:44:41 |
| 2 | Besides that and the classes you took with | 12:44:43 |
| 3 | the ArtCenter, do you have any other formal training | 12:44:45 |
| 4 | in photography? | 12:44:49 |
| 5 | A    Just experience. | 12:44:50 |
| 6 | Q    Okay.  Any other informal training?  Have | 12:44:51 |
| 7 | you taken any other classes in photography? | 12:44:54 |
| 8 | A    Any other formal -- sorry, you said any | 12:44:56 |
| 9 | other formal and then informal. | 12:45:00 |
| 10 | Q    Yes. | 12:45:02 |
| 11 | Have you taken any other informal training | 12:45:05 |
| 12 | other than experience? | 12:45:07 |
| 13 | MR. PAPAZIAN:  Objection to form. | 12:45:09 |
| 14 | BY MR. ELMAN: | 12:45:11 |
| 15 | Q    Have you taken any classes outside of the | 12:45:11 |
| 16 | ArtCenter? | 12:45:14 |
| 17 | A    Yes, I took one at Rio Hondo. | 12:45:14 |
| 18 | Q    Okay.  Any other classes you've taken on | 12:45:20 |
| 19 | digital photography? | 12:45:23 |
| 20 | MR. PAPAZIAN:  Objection to form. | 12:45:24 |
| 21 | THE WITNESS:  And ArtCenter. | 12:45:25 |
| 22 | MR. ELMAN:  Okay. | 12:45:30 |
| 23 | BY MR. ELMAN: | |
| 24 | Q    And how about sculpture. | 12:45:30 |
| 25 | Have you taken any sculpture classes, | 12:45:32 |

Page 124

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    besides what you described at the ArtCenter already?    12:45:34

 2        A    What do you mean by sculpture?  Like the       12:45:36

 3    class is named "Sculpture"?                             12:45:40

 4        Q    Any class where you learned how to make        12:45:42

 5    materials that are three-dimensional?                   12:45:45

 6            MR. PAPAZIAN:  Objection to form.               12:45:48

 7            THE WITNESS:  Make materials that are           12:45:51

 8    three-dimensional?                                      12:45:53

 9    BY MR. ELMAN:                                           12:45:54

10        Q    Use materials to make objects that are         12:45:55

11    three dimension?                                        12:45:58

12        A    Yeah, a lot of my classes at ArtCenter --      12:45:59

13        Q    Like how --                                    

14        A    -- are like that.                              

15        Q    Right.  Besides the ArtCenter have you         12:46:03

16    taken classes like that anywhere else?                  12:46:05

17        A    Yes.                                           12:46:07

18            MR. PAPAZIAN:  Objection to form.               12:46:13

19            THE WITNESS:  Yes.                              12:46:13

20    BY MR. ELMAN:                                           12:46:14

21        Q    Where?                                         12:46:14

22            MR. PAPAZIAN:  Objection to form.               12:46:14

23            THE WITNESS:  At Fullerton College.             12:46:15

24            MR. ELMAN:  Okay.                               12:46:17

25    //                                                      12:46:17
```

Page 125

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | BY MR. ELMAN: | |
| 2 | Q   Anywhere else? | 12:46:17 |
| 3 | MR. PAPAZIAN:  Objection to form. | 12:46:19 |
| 4 | THE WITNESS:  At Pasadena City College. | 12:46:19 |
| 5 | MR. ELMAN:  Okay. | 12:46:25 |
| 6 | BY MR. ELMAN: | 12:46:26 |
| 7 | Q   Anywhere else? | 12:46:27 |
| 8 | MR. PAPAZIAN:  Objection; form. | 12:46:28 |
| 9 | THE WITNESS:  ArtCenter. | 12:46:29 |
| 10 | MR. ELMAN:  Okay. | 12:46:32 |
| 11 | BY MR. ELMAN: | 12:46:32 |
| 12 | Q   And since you graduated from the ArtCenter, | 12:46:33 |
| 13 | have you taken any other classes in making objects? | 12:46:35 |
| 14 | MR. PAPAZIAN:  Objection to form. | 12:46:38 |
| 15 | THE WITNESS:  I have taken a materials | 12:46:40 |
| 16 | class at ArtCenter and I was supposed to take another | 12:46:44 |
| 17 | ceramics class before the pandemic. | 12:46:49 |
| 18 | BY MR. ELMAN: | 12:46:55 |
| 19 | Q   Did you take any business classes at any | 12:46:58 |
| 20 | of -- any of your colleges? | 12:47:00 |
| 21 | A   Do I taken -- have I taken any? | 12:47:06 |
| 22 | Q   Yes. | 12:47:08 |
| 23 | A   Yes. | 12:47:10 |
| 24 | Q   Which business classes? | 12:47:14 |
| 25 | MR. PAPAZIAN:  Objection to form. | 12:47:16 |

Page 126

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1              THE WITNESS:  I don't remember the name of      12:47:18
 2    the class.  It was an ArtCenter night class.  I'm        12:47:19
 3    sorry, I can't recall the specific one.                  12:47:34
 4              MR. ELMAN:  Okay.                               12:47:37
 5    BY MR. ELMAN:                                             12:47:37
 6         Q   Did you take any legal classes during any       12:47:37
 7    of your colleges?                                        12:47:41
 8         A   No.                                             12:47:42
 9         Q   Okay.  What kind of work do you do now?         12:47:43
10              MR. PAPAZIAN:  Objection to form.  Vague.      12:47:46
11              THE WITNESS:  What do you mean what kind of    12:47:50
12    work?  Am I paid to do it or -- is that what you         12:47:53
13    mean?                                                    12:47:58
14              MR. ELMAN:  Yeah, anything.                    12:47:58
15    BY MR. ELMAN:                                            12:47:58
16         Q   I know you have a young child and are you       12:47:59
17    mostly a working mom.                                    12:48:01
18              You own a business?                            12:48:03
19         A   Yes, I still run my business.                   12:48:06
20         Q   Okay.                                           12:48:09
21         A   I have --                                       12:48:10
22         Q   Besides Roxy Russell Design, in terms of       12:48:11
23    work, in terms of jobs, do you have any other jobs      12:48:15
24    besides that?                                            12:48:18
25         A   No.                                             12:48:19
```

Page 127

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1       Q    Okay.  What percentage of your time do you    12:48:19

 2   spend on your business in terms of your available      12:48:21

 3   time?                                                  12:48:24

 4       A    Percentage of time?                           12:48:26

 5            MR. PAPAZIAN:  Objection to form.             12:48:28

 6            MR. ELMAN:  Yes.                               12:48:30

 7            THE WITNESS:  Percentage of my available      12:48:30

 8   time?  My focus is on my child.                        12:48:32

 9            MR. ELMAN:  Right.                             12:48:35

10            THE WITNESS:  But that's --                    12:48:36

11            MR. ELMAN:  Right.                             12:48:38

12   BY MR. ELMAN:                                          12:48:38

13       Q    So, I'm saying, you know, would you say --    12:48:38

14   you know, what percentage of time that you spend on    12:48:40

15   the business, you know, versus being a mom and being   12:48:43

16   a wife and having a house and everything like that?    12:48:45

17            MR. PAPAZIAN:  Objection to form.             12:48:48

18   Compound.                                              12:48:49

19            THE WITNESS:  It varies depending on how      12:48:51

20   busy I am with clients.  I respond to when my clients  12:48:55

21   contact me.                                            12:49:03

22   BY MR. ELMAN:                                          12:49:05

23       Q    In a typical week how many hours do you       12:49:05

24   spend on the business?                                 12:49:08

25            MR. PAPAZIAN:  Objection to form.             12:49:09
```

Page 128

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1            THE WITNESS:  Again it varies.          12:49:12

 2   BY MR. ELMAN:                                    12:49:18

 3       Q   Out of the 40-hour workweek can you      12:49:18

 4   describe a typical week when you are working with a   12:49:22

 5   client?                                          12:49:29

 6            MR. PAPAZIAN:  Objection to form.  Asked   12:49:29

 7   and answered.                                    12:49:34

 8            THE WITNESS:  Yeah, I don't really work   12:49:34

 9   with clients for the jellyfish lamp.             12:49:36

10            If you mean fulfilling orders and tending   12:49:38

11   to that sort of thing, it depends on how many clients   12:49:43

12   I have.                                          12:49:47

13   BY MR. ELMAN:                                    12:49:47

14       Q   I'm just trying to figure out how much time   12:49:47

15   that you spend on -- on your business.           12:49:49

16            So are you able to give me --           12:49:51

17       A   Are you --                              12:49:53

18       Q   From whatever terminology you're -- you are   12:49:54

19   able to give me of your approximation?           12:49:56

20            MR. PAPAZIAN:  Objection to form.       12:49:59

21            THE WITNESS:  Are you asking me about my   12:50:05

22   business specifically with the jellyfish lamps?  12:50:06

23   BY MR. ELMAN:                                    12:50:10

24       Q   Are there other parts of your business?  12:50:10

25       A   I have a new product that I'm developing.   12:50:12
```

Page 129

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1            What are you doing with the lamp for        12:54:57

 2    Mallorca?                                           12:55:00

 3            MR. PAPAZIAN:  Objection to form.           12:55:01

 4    BY MR. ELMAN:                                       12:55:02

 5        Q   Are you putting it together?               12:55:03

 6        A   No, I haven't starting putting it together 12:55:05

 7    yet.                                                12:55:05

 8        Q   Who puts it together?                      12:55:05

 9            MR. PAPAZIAN:  Objection to form.           12:55:07

10            THE WITNESS:  The customer.                 12:55:08

11            MR. ELMAN:  The customer puts it together.  12:55:08

12    BY MR. ELMAN:

13        Q   Okay.  So what do you do?  What's your      12:55:10

14    role?

15            MR. PAPAZIAN:  Objection to form.           12:55:12

16            THE WITNESS:  I am the creator, I am the    12:55:12

17    designer of the lamp.                               12:55:14

18            MR. ELMAN:  Okay.                           12:55:16

19    BY MR. ELMAN:

20        Q   So, how does the lamp get from you to the   12:55:16

21    customer in Mallorca?                               12:55:20

22        A   I package it and ship it.                   12:55:22

23        Q   Okay.  Have you done that?                  12:55:24

24        A   No.  For the Mallorca lamp?                 12:55:25

25        Q   Yes.                                        12:55:30
```

Page 137

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1   BY MR. ELMAN:

 2       Q   So you don't know what five works he's          15:33:40

 3   talking about; correct?                                 15:33:42

 4       A   Yeah, I don't know what he is pertaining         15:33:44

 5   to, specifically --                                     15:33:46

 6       Q   Okay.                                           15:33:49

 7       A   -- which ones.                                  15:33:50

 8       Q   Okay.  And have you separately copyrighted      15:33:51

 9   the Medusae lamp from your other lamps?                 15:33:58

10       MR. PAPAZIAN:  Objection to form.  Calls            15:34:02

11   for a legal conclusion.                                 15:34:03

12       If you'd like to ask her about factual              15:34:06

13   stuff, go ahead and do it.  You are asking her purely   15:34:08

14   about legal conclusion, which I think is improper of    15:34:15

15   a fact witness.                                         15:34:16

16       MR. ELMAN:  Well, not only is she a fact            15:34:17

17   witness and the owner of the copyright registration,    15:34:19

18   but she's also designated as an expert witness here.    15:34:20

19       So if she doesn't know, she doesn't know,           15:34:21

20   but I'm certainly entitled to ask about her             15:34:24

21   understanding of what she owns and her copyrights.      15:34:27

22       So if she doesn't know that's fine.                 15:34:34

23       MR. PAPAZIAN:  Well, what you are doing is          15:34:37

24   asking her to go through and characterize something

25   as a copyright or not a copyright or a registration     15:34:38
```

Page 212

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | or not a registration. | 15:34:40 |
| 2 | That's improper. | 15:34:42 |
| 3 | MR. ELMAN:  Why is -- I'm sorry, why is it | 15:34:42 |
| 4 | improper? | 15:34:43 |
| 5 | MR. PAPAZIAN:  If you want to ask her about | 15:34:45 |
| 6 | factual issues that relate to her sculptural works or | 15:34:46 |
| 7 | to her copyrighted photographs, go ahead and do it. | 15:34:50 |
| 8 | You are asking her to characterize | 15:34:55 |
| 9 | specifically the registrations that are in the | 15:34:56 |
| 10 | record. | 15:35:01 |
| 11 | BY MR. ELMAN: | 15:35:01 |
| 12 | Q   Do you know how many copyrights you own? | 15:35:01 |
| 13 | MR. PAPAZIAN:  Same objections. | 15:35:04 |
| 14 | THE WITNESS:  I'm not a copyright attorney. | 15:35:05 |
| 15 | I can't say that with -- | 15:35:08 |
| 16 | MR. ELMAN:  Okay. | 15:35:10 |
| 17 | BY MR. ELMAN: | 15:35:10 |
| 18 | Q   So you don't know how many copyrights you | 15:35:11 |
| 19 | own; correct? | 15:35:13 |
| 20 | MR. PAPAZIAN:  Objection; misstates prior | 15:35:13 |
| 21 | testimony. | 15:35:17 |
| 22 | That's not what she said. | 15:35:17 |
| 23 | MR. ELMAN:  Do you have an answer? | 15:35:30 |
| 24 | THE WITNESS:  I'm not a copyright attorney. | 15:35:31 |
| 25 | MR. ELMAN:  Okay. | 15:35:33 |

Page 213

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    BY MR. ELMAN:

 2         Q   So, you don't know how many copyrights you    15:35:33

 3    own?                                                    15:35:36

 4              MR. PAPAZIAN:   Objection; misstates prior    15:35:36

 5    testimony.  Argumentative.  Asked and answered.         15:35:38

 6              MR. ELMAN:   Okay.                            15:35:41

 7    BY MR. ELMAN:                                           15:35:41

 8         Q   You own one registration for the              15:35:41

 9    photographs; correct, the 599 registration?            15:35:49

10         A   I don't know.                                 15:35:49

11         Q   And you own one registration for the lamps,   15:35:50

12    the 597 registration; correct?                         15:35:54

13         A   I would have to assume so.                     15:35:57

14         Q   Okay.  And you've never tried to register     15:35:58

15    the lamps as their own copyright; correct?             15:36:00

16              MR. PAPAZIAN:   Objection to form.            15:36:03

17              THE WITNESS:   It's my understanding that     15:36:06

18    that's what I did.                                     15:36:08

19    BY MR. ELMAN:                                           15:36:11

20         Q   You did what?                                 15:36:11

21         A   Registered all of the lamps.                   15:36:12

22         Q   Under one copyright registration; correct?    15:36:17

23              MR. PAPAZIAN:   Objection to form.            15:36:20

24              THE WITNESS:   I don't know how to            15:36:22

25    differentiate that.  I'm not a copyright attorney.     15:36:23
```

                                                    Page 214

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | MR. ELMAN:  Okay. | 15:36:28 |
| 2 | BY MR. ELMAN: | 15:36:28 |
| 3 | Q   How come you didn't file for four different | 15:36:28 |
| 4 | copyright registrations for the four different lamps: | 15:36:32 |
| 5 | Medusae, Ofelia, Hydra and Polyp? | 15:36:35 |
| 6 | A   I don't know. | 15:36:42 |
| 7 | Q   How come you didn't file for a number of -- | 15:36:44 |
| 8 | strike that. | 15:36:48 |
| 9 | Why didn't you file for five registrations | 15:36:49 |
| 10 | for the five photographs in the 599 registration? | 15:36:52 |
| 11 | MR. PAPAZIAN:  Objection to the extent it | 15:36:57 |
| 12 | calls for a legal conclusion.  Incomplete | 15:36:58 |
| 13 | hypothetical.  Form. | 15:37:00 |
| 14 | THE WITNESS:  Again, I'm not a copyright | 15:37:02 |
| 15 | attorney.  I was just doing the best I could. | 15:37:06 |
| 16 | BY MR. ELMAN: | 15:37:09 |
| 17 | Q   But you're aware that you have an expert | 15:37:09 |
| 18 | witness whose claiming $150,000 for five different | 15:37:11 |
| 19 | copyrighted works. | 15:37:17 |
| 20 | Do you understand that? | 15:37:22 |
| 21 | A   Now that are you telling me. | 15:37:22 |
| 22 | Q   Did you know that before? | 15:37:23 |
| 23 | MR. PAPAZIAN:  Objection to form. | 15:37:25 |
| 24 | THE WITNESS:  Not specifically. | 15:37:29 |
| 25 | // | 15:37:29 |

Page 215

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1        A    Yes.                                      18:02:14

 2        Q    Have you seen this unauthorized copy      18:02:14

 3   before?                                             18:02:18

 4        A    Before today?                             18:02:18

 5        Q    Yes.                                      18:02:19

 6        A    Yes.                                      18:02:20

 7        Q    Where did you see it?                     18:02:20

 8        A    My lawyer has pictures of it.  He showed  18:02:22

 9   me.                                                 18:02:25

10        Q    Okay.  Do you think that the lamp on the  18:02:25

11   left is different from the lamp on the right?       18:02:31

12            MR. PAPAZIAN:  Objection to form.  Vague.  18:02:34

13            THE WITNESS:  Is it different?  Is it a    18:02:38

14   cheap knockoff of the one on the left, is that what 18:02:42

15   are you asking?                                     18:02:46

16            MR. ELMAN:  Yes.                           18:02:46

17            THE WITNESS:  It's absolutely a cheap      18:02:47

18   knockoff.                                           18:02:49

19   BY MR. ELMAN:                                       18:02:49

20        Q    Can you tell me how?                      18:02:49

21        A    Yes.                                      18:02:50

22        Q    Tell me how.                              18:02:53

23        A    You want me to describe the lamp?         18:02:55

24        Q    Yes, of course, please.  Tell me.        18:02:56

25        A    Number one, my lamp is a pendant lamp.    18:02:58
```

Page 312

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1    these lamps.  I would know that's not my lamp.        18:07:36

 2            MR. ELMAN:  Okay.                             18:07:39

 3    BY MR. ELMAN:                                         18:07:39

 4       Q   And you've been designated as the expert on   18:07:40

 5    your lamp.                                            18:07:45

 6            So can you give me any other differences      18:07:46

 7    between your lamp and the other lamp, other than what 18:07:50

 8    you've already stated?                                18:07:54

 9            MR. PAPAZIAN:  Objection; asked and           18:07:55

10    answered.  Misstates her expert disclosure.          18:07:56

11            THE WITNESS:  Yeah, I gave you every -- I     18:08:03

12    mean what more do you want?                           18:08:06

13    BY MR. ELMAN:                                         18:08:11

14       Q   I'm just asking if it's everything?           18:08:12

15       A   I don't know that it's everything.  It's      18:08:13

16    everything that I can see right now.                  18:08:16

17       Q   Okay.  And are you aware of anybody being     18:08:18

18    confused as to whether the lamp on the right is your  18:08:20

19    Medusae lamp?                                         18:08:24

20            MR. PAPAZIAN:  Objection to form.             18:08:25

21    Objection to the extent it calls for a legal          18:08:26

22    conclusion.                                           18:08:33

23            THE WITNESS:  Yeah, I don't know how I        18:08:33

24    would know if somebody is confused.                   18:08:35

25    //                                                    18:08:37
```

Page 316

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1            MR. PAPAZIAN:  Objection to form.        19:53:11

 2            THE WITNESS:  You mean do I print them out 19:53:12

 3   and keep them?                                    19:53:14

 4            MR. ELMAN:  Yes.                          19:53:16

 5   BY MR. ELMAN:                                      19:53:16

 6       Q    Or do you have them on email?            19:53:17

 7       A    No.                                       19:53:19

 8       Q    Okay.  Let's go to -- well, we've marked 19:53:19

 9   this one, so I might as well.  Okay.  Exhibit No. 25. 19:53:37

10            (Defendant's Exhibit 25 was marked for

11   identification by the Certified Shorthand Reporter

12   and is attached hereto.)                           19:53:41

13   BY MR. ELMAN:                                      19:53:41

14       Q    So, Exhibit No. 25, you should have up is 19:53:41

15   your June 30th disclosure.  Let me know when you see 19:53:44

16   that.                                              19:53:47

17       A    Yep.                                      19:54:04

18       Q    Have you seen this document before?      19:54:05

19       A    I would have to read it.                 19:54:06

20            I don't know that I've seen this.        19:54:32

21       Q    Okay.  Are you aware that your attorneys 19:54:40

22   have designated you as an expert witness in this  19:54:43

23   case?                                             19:54:46

24       A    Yes.                                     19:54:46

25       Q    Do you have an understanding of what that 19:54:46
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | means under the Federal Rules of Civil Procedure? | 19:54:49 |
| 2 | A   As a layperson.  I don't know what the | 19:54:56 |
| 3 | federal rules of procedure are. | 19:54:58 |
| 4 | Q   Do you have any understanding of what it | 19:55:01 |
| 5 | means to be designated pursuant to Federal Rules of | 19:55:03 |
| 6 | Civil Procedure 26(a)(2)(A) and 26(a)(2)(C)? | 19:55:07 |
| 7 | MR. PAPAZIAN:  Objection to form. | 19:55:13 |
| 8 | Objection to the extent it calls for a legal | 19:55:14 |
| 9 | conclusion. | 19:55:16 |
| 10 | THE WITNESS:  Yeah, I'm not familiar with | 19:55:16 |
| 11 | legal terms. | 19:55:18 |
| 12 | MR. ELMAN:  Okay. | 19:55:19 |
| 13 | BY MR. ELMAN: | |
| 14 | Q   Do you know how work constituted an | 19:55:19 |
| 15 | original work authorship? | 19:55:24 |
| 16 | A   Could you repeat that? | 19:55:28 |
| 17 | MR. PAPAZIAN:  Objection; form. | 19:55:30 |
| 18 | BY MR. ELMAN: | 19:55:31 |
| 19 | Q   Do you know how work constituted an | 19:55:31 |
| 20 | original work authorship? | 19:55:34 |
| 21 | MR. PAPAZIAN:  Same objection. | 19:55:37 |
| 22 | THE WITNESS:  Yeah, I don't think I'm | 19:55:38 |
| 23 | qualified to designate that or whatever you're | 19:55:40 |
| 24 | saying. | 19:55:45 |
| 25 | // | 19:55:45 |

Page 395

| | | |
|---|---|---|
| 1 | question, please? | 20:06:35 |
| 2 | BY MR. ELMAN: | 20:06:36 |
| 3 | Q   Can someone infringe a copyright of a lamp | 20:06:36 |
| 4 | by having that lamp be in a photo? | 20:06:40 |
| 5 | MR. PAPAZIAN:  Objection; calls for a pure | 20:06:42 |
| 6 | legal conclusion. | 20:06:45 |
| 7 | THE WITNESS:  Yeah, again, I'm not a | 20:06:48 |
| 8 | copyright attorney. | 20:06:50 |
| 9 | BY MR. ELMAN: | 20:06:51 |
| 10 | Q   Well, let me ask you in paragraph number | 20:06:51 |
| 11 | four of your expert disclosure, what's the Ofelia | 20:06:54 |
| 12 | sculptural work that Walmart has infringed in your | 20:06:58 |
| 13 | opinion? | 20:07:04 |
| 14 | MR. PAPAZIAN:  Objection to form. | 20:07:04 |
| 15 | THE WITNESS:  I don't know. | 20:07:05 |
| 16 | BY MR. ELMAN: | 20:07:08 |
| 17 | Q   What's the Ofelia sculptural work? | 20:07:09 |
| 18 | A   It is the Ofelia lamp. | 20:07:13 |
| 19 | Q   And have you seen any Ofelia lamp that you | 20:07:17 |
| 20 | claim was sold by Walmart? | 20:07:20 |
| 21 | MR. PAPAZIAN:  Objection; misstates the | 20:07:22 |
| 22 | law.  Misleading.  Objection to form. | 20:07:24 |
| 23 | MR. ELMAN:  Do you have an answer? | 20:07:37 |
| 24 | THE WITNESS:  I didn't see -- I didn't see | 20:07:39 |
| 25 | a picture of that on Walmart dot-com. | 20:07:42 |

Page 406

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | BY MR. ELMAN: | 20:07:43 |
| 2 | Q   No, but did Walmart sell an Ofelia lamp? | 20:07:44 |
| 3 | A   I don't know. | 20:07:47 |
| 4 | Q   Okay.  Did they sell a replica of an Ofelia | 20:07:48 |
| 5 | lamp? | 20:07:53 |
| 6 | A   I don't know. | 20:07:53 |
| 7 | MR. PAPAZIAN:  Objection to form. | 20:07:53 |
| 8 | MR. ELMAN:  Okay. | 20:07:54 |
| 9 | BY MR. ELMAN: | |
| 10 | Q   Do you know if Walmart sold a replica of | 20:07:55 |
| 11 | the Polyp sculptural work? | 20:07:58 |
| 12 | MR. PAPAZIAN:  Objection; form. | 20:08:02 |
| 13 | THE WITNESS:  I know they were offering one | 20:08:03 |
| 14 | for sale. | 20:08:05 |
| 15 | MR. PAPAZIAN:  Counsel, you're out of time. | 20:08:06 |
| 16 | It's over seven hours. | 20:08:08 |
| 17 | MR. ELMAN:  Okay. | 20:08:11 |
| 18 | MR. PAPAZIAN:  I just need a minute to | 20:08:14 |
| 19 | collect my thoughts. | 20:08:18 |
| 20 | We can go off the record for two minutes? | 20:08:19 |
| 21 | MR. ELMAN:  Okay. | 20:08:23 |
| 22 | THE VIDEOGRAPHER:  Going off the record at | 20:08:24 |
| 23 | 8:08 p.m. | 20:08:25 |
| 24 | (Brief interruption in proceedings.) | 20:12:12 |
| 25 | THE VIDEOGRAPHER:  Going back on the record | 20:16:52 |

Page 407

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
 1              PENALTY OF PERJURY CERTIFICATE

 2

 3

 4

 5           I, ROXANA TOWRY RUSSELL, do solemnly declare

 6    under penalty of perjury, under the laws of the State of

 7    California, that the foregoing is my deposition under

 8    oath; that these are the questions asked of me and my

 9    answers thereto; that I have read same and have made the

10    necessary corrections, additions, or changes to my

11    answers that I deem necessary.

12

13           EXECUTED this _____ day of _____, 2020,

14    at _____ , California.

15

16

17

18           _____

19           ROXANA TOWRY RUSSELL

20

21

22

23

24

25

                                            Page  416
```

CONFIDENTIAL UNDER THE PROTECTIVE ORDER

```
1    STATE OF CALIFORNIA        )

2                               )    ss.

3    COUNTY OF LOS ANGELES      )

4         I, Lynda L. Fenn, Certified Shorthand

5    Reporter No. 12566 for the State of California, do

6    hereby certify:

7         That prior to being examined, the witness named in

8    the foregoing deposition was duly sworn to testify the

9    truth, the whole truth, and nothing but the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named and

12   thereafter reduced by me to typewritten form and that

13   the same is a true, correct, and complete transcript of

14   said proceedings.

15        Before completion of the deposition, review of the

16   transcript [ X ] was [  ] was not requested.  If

17   requested, any changes made by the deponent (and

18   provided to the reporter) during the period allowed are

19   appended hereto.

20        I further certify that I am not interested in the

21   outcome of the action.

22        Witness my hand this 20th day of July, 2020.

23

24

25        Lynda L. Fenn, CSR, RPR
```

                                             Page 417