Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *a Delaware corporation*; WAL-MART.COM USA, LLC, *a California Limited Liability Corporation*,<br><br>Defendant. | Case No. 2:19-cv-05495-MWF-JC<br><br>**DECLARATION OF STEVE PAPAZIAN IN SUPPORT OF PLAINTIFF ROXANA TOWRY RUSSELL'S OPPOSITIONS TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-5**<br><br>FPTC Date:   October 4, 2021<br>Time:              11:00 A.M.<br>Courtroom:    5A<br>Judge:             Hon. Michael W. Fitzgerald |

DECLARATION OF STEVE PAPAZIAN

I, Steve Papazian, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney at the law firm of Ruttenberg IP Law, A Professional Corporation, attorneys for Roxana Towry Russell, d/b/a Roxy Russell Design ("Ms. Russell" or "Plaintiff"). If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Ruttenberg IP Law, A Professional Corporation, in the regular course of its representation of Ms. Russell. I submit this declaration in support of Plaintiff's Oppositions to Defendants' Motions *in Limine* Nos. 1-5, filed herewith.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated February 10, 2020 and served in the above-captioned action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Rule 26(a)(1) Initial Disclosures, dated November 15, 2019 and served in the above-captioned action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Responses and Objections to Defendants' Second Set of Requests for Production of Documents, dated July 10, 2020 and served in the above-captioned action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from myself to counsel for Walmart (Mr. Elman) sent on July 21, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email from my colleague Guy Ruttenberg to counsel for Walmart (Mr. Vakil) sent on December 16, 2020. I was "cc"ed on this email.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email from my colleague Michael Eshaghian to counsel for Walmart (Mr. Elman) sent on December 28, 2020. I was "cc"ed on this email.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Walmart's Responses to Plaintiff's Requests for Production of Documents to Defendants Walmart Inc. and Wal-Mart.com USA, LLC, Set Four, dated July 10, 2020 and served in the above-captioned action.

9. Attached hereto as **Exhibit 8** is a true and correct copy of transcript excerpts from the July 27, 2020 deposition of Mr. Blum.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article written by Mr. Blum entitled "Challenges in Global Licensee Monitoring," which is also referenced on page 74 of Mr. Blum's July 24, 2020 Report.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document entitled, "Order Appointing Receiver and Staying Appointment," dated December 22, 2017. As stated in Exhibit 10, Mr. Blum was appointed as the receiver for a Chinese company named Changzhou Sinotype Technology Co., Ltd.

### *Disclosure of Ms. Russell's Sculptural Work and Accused Product*

12. On January 24, 2020, Plaintiff produced a copy of Ms. Russell's copyright registrations at issue in this case, including copies of the deposits (photographs) submitted with the registrations. These were produced as RUSSELL_000003-24 and have been submitted in the record as Docket No. 24-12. Walmart also marked these registrations as Exhibit 8 at Ms. Russell's deposition in this matter.

13. Early in this case, Plaintiff also produced a large number of images of her sculptural works. For example, on February 6, 2020, Ms. Russell produced images of her works at RUSSELL_0000118-120, RUSSELL_0000128, RUSSELL_0000130-133, RUSSELL_0000149-52.

14. With respect to Walmart's First Set of Request for Production of Documents, I met and conferred with counsel for Walmart several times regarding these requests. For example, I met with Mr. Elman telephonically on January 27, 2020 (*see* Dkt. No. 83-23 ¶ 3), April 29, 2020 (*see id.* ¶ 8), and other times leading

up to Walmart's motion to compel filed on June 17, 2020. In all of these discussions, Walmart never claimed that physical product samples fell within the scope any of its RFPs. In fact, prior to the April 29, 2020 meet-and-confer, Walmart circulated an agenda that listed out the RFPs it wanted to discuss, which did not include any of the RFPs it now claims to cover production of physical product samples. (*See* Dkt. No. 83-26 at 1 (requesting meet and confer on "Walmart's Document Requests Nos. 17-25 and 28, and also as to Nos. 26-27")).

15. On August 18, 2021, my colleague Guy Ruttenberg and I met with Walmart's counsel under Local Rule 16-2. Consistent with our prior statements to Walmart, we again offered to make Ms. Russell's sculptural works and the accused product available for inspection. At the time, Walmart did not request an inspection on any specific date.

16. I met and conferred with Walmart's counsel again on September 7, 2021. On that call, I again renewed our offer and asked Walmart to propose a date certain for inspecting the works so we could make arrangements. Mr. Elman stated that he was going to be in Los Angeles on Monday September 13, 2021 for a hearing in another matter. I made arrangements for Mr. Elman to inspect the lamps in our office on the afternoon of September 13. Prior to Mr. Elman's September 7 request, Walmart had never proposed a specific date and time to inspect the physical product samples. I advised Mr. Elman that he was free to inspect the lamps for however long he wanted.

*Discovery in June and July 2020*

17. On June 30, 2020, the day expert reports were due, Walmart produced 91 documents.

18. On July 1, 2020, Walmart produced two additional documents.

19. On July 6, 2020, Walmart produced three additional documents.

20. On July 10, 2020, Walmart produce 192 additional documents.

21. Plaintiff deposed Walmart's Rule 30(b)(6) witness Nicolas Waldmann on June 23, 2020.

22. Plaintiff deposed Walmart's Rule 30(b)(6) witness Emily Ziegler on June 25, 2020.

23. The deposition transcripts from these two depositions were not made available to Plaintiff until July 14 and July 15.

24. Attached hereto as **Exhibit 11** is a true and correct copy of an email I received on July 14, 2020 from Veritext (the court reporter) stating that Mr. Waldmann's June 23, 2020 deposition transcript was available.

25. Attached hereto as **Exhibit 12** is a true and correct copy of an email dated July 15, 2020 from Veritext (the court reporter) stating that Ms. Ziegler's June 25, 2020 deposition transcript was available.

### *Mr. Blum's Supplemental Report*

26. On July 23, 2020, I met and conferred with Mr. Elman, counsel for Walmart. On that call, we discussed when Walmart would depose Mr. Blum. I informed Mr. Elman that Mr. Blum would be supplementing his report the next day, July 24, 2020.

27. On July 24, 2020, Walmart decided to proceed with Mr. Blum's deposition on July 27, 2020, and served a Notice of Deposition. A true and correct copy of Walmart's July 24, 2020 Notice of Deposition of Sidney Blum is attached hereto as **Exhibit 13**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, September 20, 2021, in Los Angeles, California.

By: */s/ Steve Papazian*
Steve Papazian