1 Jeremy T. Elman (SBN 223696)
2 jelman@duanemorris.com
  Jennifer M. Lantz (SBN 202252)
3 jmlantz@duanemorris.com
  Duane Morris LLP
4 260 Homer Street, Ste. 202
5 Palo Alto, CA 94301-2777
  Telephone: (650) 847-4162
6 Facsimile: (650) 429-2109

7
  *Attorneys for Defendants*
8 WALMART INC. AND WAL-MART.COM USA, LLC

9
10
11 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
12 **WESTERN DIVISION-LOS ANGELES**
13

| ROXANA TOWRY RUSSELL, D/B/A ROXY RUSSELL DESIGN, <br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., A DELAWARE CORPORATION; WAL-MART.COM USA, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION,<br><br>Defendant. | Case No. 2:19-cv-05495-MWF-JC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 5A |
|---|---|

# **CERTIFICATE OF SERVICE**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and am not a party to the within action. My business address is 260 Homer Avenue, Suite 202, Palo Alto, California 94301.

On June 15, 2023, I served the following:

**NOTICE OF APPEAL**

**REPRESENTATION STATEMENT**

(BY EMAIL) by electronically mailing a true and correct copy through Duane Morris LLP's electronic mail system at the e-mail address set forth below.

    Guy Ruttenberg
    guy@ruttenbergiplaw.com
    Bruce D. Kuyper
    bruce@ruttenbergiplaw.com
    RUTTENBERG IP LAW,
    A PROFESSIONAL CORPORATION
    1801 Century Park East, Suite 1920
    Los Angeles, CA 90067

    Attorneys for Plaintiff

    Honorable Michael W. Fitzgerald
    United States District Judge
    First Street Courthouse, 350 West First Street, Courtroom 5A,
    Los Angeles, California 90012
    mwf_chambers@cacd.uscourts.gov

    Per Judge's Local Rules

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States America that the foregoing is true and correct. Executed on June 15, 2023 at Palo Alto, California.

                                             /s/
                                            Andrew Hanna