Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
Bruce D. Kuyper, Bar No. 144969
bruce@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Roxana Towry Russell,
d/b/a Roxy Russell Design*

Jeremy T. Elman (SBN 223696)
jelman@duanemorris.com
Jennifer M. Lantz (SBN 202252)
jmlantz@duanemorris.com
Duane Morris LLP
260 Homer Street, Ste. 202
Palo Alto, CA 94301-2777
Telephone: (650) 847-4162
Facsimile: (650) 429-2109

*Attorneys for Defendants Walmart Inc. and
Wal-Mart.com USA, LLC*

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA TOWRY RUSSELL, d/b/a ROXY RUSSELL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-05495-MWF (JCx)<br><br>**JOINT REQUEST FOR DECISION ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND FULL COSTS [410] (L.R. 83-9.2)**<br><br>Courtroom: 5A<br>Judge:     Hon. Michael W. Fitzgerald |

Pursuant to Local Rule 83-9.2, Plaintiff Roxana Towry Russell, d/b/a Roxy Russell Design ("Plaintiff") and Defendants Walmart, Inc. and Wal-mart.com USA, LLC (collectively, "Walmart") (jointly, the "Parties") respectfully and jointly request a decision on Plaintiff's Motion for Attorneys' Fees and Full Costs, filed in this action on July 10, 2023, without further delay. (*See* Dkt. No. 410).

The Parties respectfully note that, pursuant to Local Rule 83-9.1, Plaintiff's Motion was submitted following the hearing held on August 21, 2023. (*See* Dkt. No. 430 ("[T]he Court takes the matter under submission.")). As such, the 120-day time period set forth in Local Rule 83-9.1 elapsed on December 19, 2023.

The Parties submit this Request pursuant to their obligation to do so under Local Rule 83-9.2. As required by the rule, the parties are also providing a copy of this request to the Chief Judge.

DATED: December 29, 2023       By: */s/ Bruce D. Kuyper*
Guy Ruttenberg
guy@ruttenbergiplaw.com
Steve A. Papazian
steve@ruttenbergiplaw.com
Bruce D. Kuyper
bruce@ruttenbergiplaw.com
RUTTENBERG IP LAW, A
PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff,
Roxana Towry Russell*

| | |
|---|---|
| DATED: December 29, 2023 | By: */s/ Jeremy T. Elman* <br> Jeremy T. Elman <br> jelman@duanemorris.com <br> Jennifer M. Lantz <br> jmlantz@duanemorris.com <br> Duane Morris LLP <br> 260 Homer Street, Ste. 202 <br> Palo Alto, CA 94301-2777 <br> Telephone: (650) 847-4162 <br> Facsimile: (650) 429-2109 <br><br> *Attorneys for Defendants Walmart Inc. and Wal-Mart.com USA, LLC* |

## **ATTESTATION**

In accordance with L.R. 5-4.3.4(a)(2)(i), I, the undersigned registered CM/ECF filer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

| | |
|---|---|
| DATED: December 29, 2023 | By: */s/ Bruce D. Kuyper* <br> Bruce D. Kuyper |